U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 8 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------
UNITED STATES OF AMERICA         :    **INDICTMENT**
                                 :
    v.                           :    Crim. No. 10-CR-00 320 (TJM)
                                 :
**ED GEORGE PARENTEAU,**         :    Vio:   18 U.S.C §§ 2, 1341 & 1349
   also known as ("a/k/a") "ed-george" and :
**JEFFREY CHARLES BURFEINDT**    :    (County of Offenses: Ulster)
   a/k/a "jeffrey-charles"       :    (Two Felony Counts)
                                 :
            Defendants.           :
------------------------------

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1.     On or about March 4, 2009, **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** were arrested together by the Town of Lloyd, New York Police Department for violations of State law. Town of Lloyd Police Officers A. K. and K. B. were the arresting officers.

2.     On or about March 4, 2009, **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** appeared in Lloyd Town Court for their respective arraignments. The Honorable E. R., Lloyd Town Justice, presided over the arraignments.

3.     On or about March 4, 2009, **ED GEORGE PARENTEAU** and **JEFFREY**

1

**CHARLES BURFEINDT** were released on bail following their arraignments in the Lloyd Town Court.

4.     On or about April 7, 2009, **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** returned to Lloyd Town Court, presented the Court with paperwork entitled "Notice to Dismiss for Lack of Jurisdiction" and stated words to the effect that the Town of Lloyd Police Department did not have the right, nor the jurisdiction to arrest **PARENTEAU** and **BURFEINDT**.

5.     On or about April 15, 2009, Lloyd Town Justice E. R. ruled that the Town of Lloyd Court had proper jurisdiction and that the matter against **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** would proceed on May 5, 2009.

6.     After **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** failed to appear for their court appearances on May 5, 2009, Lloyd Town Justice E. R. signed bench warrants for the arrests of **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT**.

## THE LIEN AND JUDGMENT SCHEME

7.     From on or about March 4, 2009, and continuing through the date of this Indictment, within the Northern District of New York, defendants **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT**, with the intent to defraud, devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false or fraudulent pretenses, representations and promises, to wit: defendants **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** directed false and fraudulent efforts against employees or entities of the Town of Lloyd, the Town of Lloyd Police Department, and

2

Ulster County, New York who displeased the defendants in one manner or another, to obtain money and property and to falsely and fraudulently keep the rightful owners of such money from freely controlling their funds, through the mailing of documents and the filing of judgments and liens intended to create an appearance of indebtedness purportedly under the Uniform Commercial Code.

## DESCRIPTION OF THE LIEN AND JUDGMENT SCHEME

8.      Between about September 28, 2009 and about October 27, 2009, **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** caused the mailing, via the United States Postal Service (hereinafter the "USPS"), of at least eight separate documents to the attention of various employees or entities of the Town of Lloyd, the Town of Lloyd Police Department, and Ulster County, New York. Said documents describe the various employees and entities as "libellees" and claim that the "libellees" have agreed to pay "damages" to "libellant" **ED GEORGE PARENTEAU** in the amount of $1,961,000,000.00 in silver and to pay "damages" to "libellant" **JEFFREY CHARLES BURFEINDT** in the amount of $2,304,000,000.00 in silver. Each of these documents indicates the payment of damages can be made to the "libellants" in the care of "Ms. Sara Ulloa, Notary Witness, 1121 Ovington Avenue, Brooklyn, New York 11219."

9.      Between about September 28, 2009 and about October 27, 2009, **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT** caused the mailing, via the USPS, of documents to the attention of various employees or entities of the Town of Lloyd, the Town of Lloyd Police Department, and Ulster County, New York. Said documents are entitled "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DISTRICT" and claim that the

"libellees" are in "default and damages are past due. Penalties and interest are accruing daily as is provided by contract, and ...Your failure to respond within the time limit made this a self executing confession of judgment." The "judgements" convert the "damages" into "United States Federal Reserve notes" and assert that **ED GEORGE PARENTEAU** has a "judgement" against the "libellees" in the amount of $62,653,950,000.00 dollars and that **JEFFREY CHARLES BURFEINDT** has a "judgement" against the "libellees" in the amount of $73,612,800,000.00 dollars.

10. The "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DISTRICT" as claimed by **ED GEORGE PARENTEAU** lists the following individuals and entities as "libellees":

    a.    K.B.
    b.    "TOWN OF, LLOYD POLICE DEPARTMENT"
    c.    "TOWN OF, LLOYD COURT"
    d.    E.R.
    e.    H.B. (a Town of Lloyd Office Assistant)
    f.    D.M. (Assistant District Attorney, Ulster County)
    g.    "TOWN OF, LLOYD" et al.

11. The "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DISTRICT" as claimed by **JEFFREY CHARLES BURFEINDT** lists the following individuals and entities as "libellees":

    a.    D.D. (a Town of Lloyd Police Officer)
    b.    "TOWN OF, LLOYD POLICE DEPARTMENT"
    c.    "TOWN OF, LLOYD COURT"
    d.    E.R.
    e.    H.B. (a Town of Lloyd Office Assistant)
    f.    D.M.(Assistant District Attorney, Ulster County)
    g.    "TOWN OF, LLOYD" et al.

This document was mailed in an envelope which listed the return address as "jeffrey-charles; c/o:

ed-george..."

12.     On or about November 20, 2009, a lien was filed against various employees and entities of the Town of Lloyd, the Town of Lloyd Police Department and Ulster County with the New York State, Department of State falsely and fraudulently asserting via the lien that the aforementioned entities and municipal employees each owed **ED GEORGE PARENTEAU** $62,653,950,000.00 dollars.

13.     On or about November 20, 2009, a lien was filed against various employees and entities of the Town of Lloyd, the Town of Lloyd Police Department and Ulster County with the New York State, Department of State falsely and fraudulently asserting via the lien that the aforementioned entities and municipal employees owed **JEFFREY CHARLES BURFEINDT** $73,612,800,000.00 dollars. This lien indicates that any acknowledgments concerning the financing statement can be sent to "c/o ed-george; general post-office: guilford: new-york: the land. (99999)."

14.     In the manner described above, false and fraudulent documents and/or liens were submitted indicating an indebtedness to **ED GEORGE PARENTEAU,** by the following individuals, among others:

| NAME | DESCRIPTION | APPROXIMATE AMOUNT OF ALLEGED LIEN |
|---|---|---|
| Town of Lloyd | Municipality | $62,653,950,000.00 |
| Lloyd Town Court | Municipality | $62,653,950,000.00 |
| K.B. | Town of Lloyd Police Officer | $62,653,950,000.00 |
| E.R. | Town of Lloyd Town Justice | $62,653,950,000.00 |

| | | |
|---|---|---|
| D.M. | Assistant District Attorney, Ulster County | $62,653,950,000.00 |
| A.K. | Town of Lloyd Police Officer | $62,653,950,000.00 |
| J.C. | Town of Lloyd Office Assistant | $62,653,950,000.00 |
| D.A. | Town of Lloyd Chief of Police | $62,653,950,000.00 |

15. In the manner described above, false and fraudulent documents and/or liens were submitted indicating an indebtedness to **JEFFREY CHARLES BURFEINDT,** by the following individuals, among others:

| NAME | DESCRIPTION | APPROXIMATE AMOUNT OF ALLEGED LIEN |
|---|---|---|
| Town of Lloyd | Municipality | $73,612,800,000.00 |
| Lloyd Town Court | Municipality | $73,612,800,000.00 |
| D.D. | Town of Lloyd Police Officer | $73,612,800,000.00 |
| E.R. | Town of Lloyd Town Justice | $73,612,800,000.00 |
| D.M. | Assistant District Attorney, Ulster County | $73,612,800,000.00 |
| D.A. | Town of Lloyd Chief of Police | $73,612,800,000.00 |
| A.S. | Town of Lloyd Office Assistant | $73,612,800,000.00 |
| K.B. | Town of Lloyd Police Officer | $73,612,800,000.00 |
| H.B. | Town of Lloyd Office Assistant | $73,612,800,000.00 |
| J.C. | Town of Lloyd Office Assistant | $73,612,800,000.00 |

## COUNT ONE

### (Conspiracy to Commit Mail Fraud)

16.     Paragraphs 1 through 15 are incorporated by reference herein.

17.     From at least March 4, 2009 through the date of this Indictment, the exact dates being unknown, in the Northern District of New York and elsewhere, the defendants **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT,** conspired and agreed with each other, and with others, to knowingly commit mail fraud, 18 U.S.C. § 1341, that is, knowingly devising, and intending to devise, and causing to be devised, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purposes of executing and attempting to execute said scheme, causing to be sent by the United States Postal Service or by private or commercial interstate carrier (the sending of which is collectively referred to hereafter as "mailed"), false and fraudulent judgments and liens intended to be filed, and which were filed, with the New York State, Department of State, and documents in support of such false and fraudulent effort to obtain money from various individuals and to keep such individuals from freely controlling their own funds.

### OVERT ACTS

18.     Between about September 28, 2009 and October 2, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to Town of Lloyd police officer D.D. demanding payment of $2,304,000,000.00 in silver.

19.     Between about September 28, 2009 and October 2, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to the

Town of Lloyd Court, H.B. and E.R. demanding payment of $2,304,000,000.00 in silver.

20. Between about September 28, 2009 and October 2, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to R.C. demanding payment of $2,304,000,000.00 in silver.

21. On or about October 9, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "SECOND DEMAND FOR PAYMENT" document addressed to E.R., Town of Lloyd Court demanding payment of $2,304,000,000.00 in silver.

22. On or about October 9, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "SECOND DEMAND FOR PAYMENT" document addressed to R.C., Town of Lloyd et al. demanding payment of $2,304,000,000.00 in silver.

23. On or about October 19, 2009 **JEFFREY CHARLES BURFEINDT** caused to be mailed a "FINAL DEMAND FOR PAYMENT" document addressed to the Town of Lloyd Court, H.B. and E.R. demanding payment of $2,304,000,000.00 in silver.

24. On or about October 27, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT" document addressed to the Town of Lloyd Court, H.B. and E.R. stating that the document was a "self executing confession of judgement" in the amount of $73,612,800,000.00.

25. On or about September 24, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to R.C. and the Town of Lloyd et al. demanding payment of $1,961,000,000.00 in silver.

26. On or about October 9, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT" document addressed to R.C.

and the Town of Lloyd et al. demanding payment of $1,961,000,000.00 in silver.

27. On or about October 21, 2009, **ED GEORGE PARENTEAU** caused to be served a "FINAL DEMAND FOR PAYMENT" on the Office of the Town Supervisor, Town of Lloyd demanding payment of $1,961,000,000.00 in silver from K.B., the Town of Lloyd Police Department, the Town of Lloyd Court, E.R., H.B., D.M., and the Town of Lloyd et al.

28. On or about October 26, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT" document addressed to the Town of Lloyd and R.C. et al. stating that the document was a "self executing confession of judgement" in the amount of $62,653,950,000.00.

29. On or about October 26, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT" document addressed to E.R., Town of Lloyd Court stating that the document was a "self executing confession of judgement" in the amount of $62,653,950,000.00.

30. On or about November 20, 2009, **JEFFREY CHARLES BURFEINDT** caused to be filed a Uniform Commercial Code (UCC) Financing Statement (#200911200664304) with the New York State, Department of State, Division of Corporations, State Records and Uniform Commercial Code, which listed **BURFEINDT** as a secured creditor in the amounts of $73,612,800,000.00 against the following entities and employees of the Town of Lloyd, Town of Lloyd Police Department and Ulster County: the Town of Lloyd, the Town of Lloyd Court, D.D., E.R., D.M., D.A., A.S., A.K., K.B., H.B., and J.C.

31. On or about November 20, 2009, **ED GEORGE PARENTEAU** caused to be filed a Uniform Commercial Code (UCC) Financing Statement (#200911200664354) with the New York

State, Department of State, Division of Corporations, State Records and Uniform Commercial Code, which listed **PARENTEAU** as a secured creditor in the amounts of $62,653,950,000.00 against the following entities and employees of the Town of Lloyd, Town of Lloyd Police Department and Ulster County: the Town of Lloyd, the Town of Lloyd Court, E.R., D.M., D.A., A.K., K.B., and J.C.

32. Between about May 15, 2010 and May 27, 2010, **ED GEORGE PARENTEAU** caused to be mailed a letter containing (UCC) Financing Statement (#200911200664354) to the Equifax credit reporting agency and requesting that the credit reporting agency record the Financing Statement on Judge E.R.'s personal credit report.

All in violation of Title 18, United States Code, Sections 1341 & 1349.

## MAILINGS IN FURTHERANCE OF THE SCHEME AND ARTIFICE TO DEFRAUD

## COUNT TWO

### (Mail Fraud)

33. The allegations of paragraphs 1 through 15 are realleged and incorporated herein by reference.

34. On or about the dates list below, in the State and Northern District of New York and elsewhere, the defendants, **JEFFREY CHARLES BURFEINDT** and **ED GEORGE PARENTEAU**, each aiding and abetting the other, for the purpose of executing the aforesaid scheme and artifice to defraud and attempting to do so, knowingly placed and caused to be placed in a post office and authorized depository for mail certain matters, documents, letters and mailings to be sent or delivered by the United States Postal Service and/or by any private or commercial interstate carrier, to wit: demands for payment and notices of final determination and judgement, from and to the persons or entities listed below:

| Type of Document | Dates | From | To |
|---|---|---|---|
| Demand for Payment | 9/24/2009<br>9/28/2009<br>9/28/2009<br><br>9/28/2009 | Ed George Parenteau<br>Jeffrey Charles Burfeindt<br>Jeffrey Charles Burfeindt<br><br>Jeffrey Charles Burfeindt | R.C. & Town of Lloyd<br>D.D.<br>Town of Lloyd Court, H.B. & E.R<br><br>R.C. |
| Second Demand for Payment or Second Notice of Fault and Demand for Payment | 10/9/2009<br>10/9/2009<br>10/9/2009 | Ed George Parenteau<br>Jeffrey Charles Burfeindt<br>Jeffrey Charles Burfeindt | R.C. & Town of Lloyd<br>E.R. & Town of Lloyd Court<br>R.C. & Town of Lloyd |
| Final Demand for Payment | 10/19/2009 | Jeffrey Charles Burfeindt | H.B., E.R. & Town of Lloyd Court |
| Notice of Final Determination and Judgement in Nihil Dicit | 10/26/2009<br>10/26/2009<br>10/27/2009 | Ed George Parenteau<br>Ed George Parenteau<br>Jeffrey Charles Burfeindt | E.R. & Town of Lloyd Court<br>R.C. & Town of Lloyd<br>H.B., E.R. & Town of Lloyd Court |

All in violation of Title 18, United States Code, Sections 2, 1341 and 1349.

Dated: June 18, 2010

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

By:
Richard Belliss
Assistant United States Attorney
Bar Roll # 515295