```
                                          U.S. DISTRICT COURT
                                             N.D. OF N.Y.
                                                FILED

                                            JUN 18 2010
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK           LAWRENCE K. BAERMAN, CLERK
                                                ALBANY
```

| | |
|---|---|
| In the matter of the indictment and arrest of ED GEORGE PARENTEAU, DOB _____ 7 and JEFFREY CHARLES BURFEINDT, DOBs _____ 1 & _____ 3 | Sealing Order<br><br>Case No.: 1:10-CR-320 (TJM) |

Now, on motion of the United States of America, by its attorney, Richard S. Hartunian, United States Attorney for the Northern District of New York, Richard D. Belliss, Assistant United States Attorney, of counsel, it is hereby

**ORDERED**, that so as not to jeopardize an ongoing investigation, the **Indictment, Arrest Warrants and this Sealing Order** dated June 18, 2010, regarding the above captioned matter is **sealed** until further order of this Court.

Dated: June 18, 2010

_David R. Homer_
HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

* * * * * * * * * * * * * * * * * *

The provision of this Order directing that the **Indictment, Arrest Warrants and this Sealing Order dated June 18, 2010** be sealed is vacated and said documents shall be **unsealed.**

Dated: _____                    _____
                                                HON. DAVID R. HOMER
                                                UNITED STATES MAGISTRATE JUDGE