The provision of this Order directing that the **Indictment, Arrest Warrants and this Sealing Order dated June 18, 2010** be sealed is vacated and said documents shall be **unsealed.**

Dated: 6/22/10

HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 22 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

U.S. DISTRICT COURT
N.D. OF N.Y.
ORIGINAL FILED
JUN 1 8 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---
In the matter of the indictment      Sealing Order
and arrest of ED GEORGE PARENTEAU,
DOB          ,     , and JEFFREY CHARLES     Case No.: 1:10-CR-320 (TJM)
BURFEINDT,                                 3

---

Now, on motion of the United States of America, by its attorney, Richard S. Hartunian, United States Attorney for the Northern District of New York, Richard D. Belliss, Assistant United States Attorney, of counsel, it is hereby

**ORDERED**, that so as not to jeopardize an ongoing investigation, the **Indictment, Arrest Warrants and this Sealing Order** dated June 18, 2010, regarding the above captioned matter is **sealed** until further order of this Court.

Dated: June 18, 2010

_____
HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

* * * * * * * * * * * * * * * * * *

1