# NO. 10-CR-320 (TJM)

| | | |
|---|---|---|
| THE PEOPLE OF NEW YORK | § | FEDERAL DISTRICT COURT |
| EX REL. Robert James Fox | § | |
| on behalf of Ed George Parenteau | § | |
| | § | |
| V | § | ALBANY COUNTY |
| | § | |
| ALBANY COUNTY SHERIFF | § | |
| Jame Campbell | § | ALBANY, NEW YORK |

## ORDER GRANTING WRIT OF HABEAS CORPUS

Upon reading the petition filed by Robert James Fox on behalf of Ed George Parenteau, duly signed and verified by Robert James Fox, whereby it appears that the said Ed George Parenteau is illegally and unlawfully restrained of his liberty by Jame Campbell, ALBANY COUNTY Sheriff, and stating wherein the alleged illegality and unlawfulness exists, from which it appears that a Writ of Habeas Corpus ought to issue;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus be issued by the clerk of courts under seal of this Federal District Court in New York, directed to the said Jame Campbell, ALBANY COUNTY Sheriff, as stated above, commanding him to have the body of Ed George Parenteau before this Federal District Court, on the _____ day of July, 2010, at _____ o'clock ___ M, of that day, to do and receive what shall then and there be considered concerning the said Ed George Parenteau and have proper return, according to law, endorsed upon the writ.

SIGNED this  ___   day of July, 2008.

_____
JUDGE PRESIDING

PETITION FOR WRIT OF HABEAS CORPUS                    Page 11 of 12