# NO. 10-CR-320 (TJM)

| | | |
|---|---|---|
| THE PEOPLE OF NEW YORK § | COUNTY COURT | |
| EX REL. Robert James Fox § | | |
| on behalf of Ed George Parenteau | § | |
| | § | |
| V | § | ALBANY COUNTY |
| | § | |
| ALBANY COUNTY SHERIFF | § | |
| Jame Campbell | § | BOSCAWEN, NEW YORK |

## WRIT OF HABEAS CORPUS

To Jame Campbell, ALBANY COUNTY Sheriff, Greeting:
You are commanded to have the body of Ed George Parenteau, alleged to be restrained by you, by whatsoever name the said Ed George Parenteau shall be called or charged, before this Federal District Court, at the courthouse in said county on the _____ day of July, 2010, at _____ o'clock ___ M., and state in writing under oath the truth or not that the said Ed George Parenteau is restrained of liberty by you and what authority or for what cause he is restrained on the return of the writ hereof and attach a copy of the writ or warrant, if any, by virtue of which you hold him in custody; And hereof you are not to fail under the heavy penalties denounced by law against those who disobey this Writ and to submit to and receive all those things which shall then and there be considered concerning the said Ed George Parenteau.

Witness, _____, clerk of this Federal District Court, and the seal thereof hereto affixed at Albany, New York, this _____ day of July, 2008.

(seal)_____

_____ Federal District Court Clerk

by _____Deputy

PETITION FOR WRIT OF HABEAS CORPUS                    Page 12 of 12