*Truth and Justice Center*

*1304 C.R. 1890*

*Bivins, Texas 75555*

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUL 0 1 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

Albany Federal Court Clerk
Lawrence K. Baerman
445 Broadway
Albany, New York  12207

June 30, A.D. 2010

Dear Clerk of Court

Please file stamp all copies, and return the extra copy to me in the SASE enclosed.
Also, in the interest of justice, please bring this urgent matter to the immediate attention of the Judge.

Thank you for your kind consideration.

Sincerely,

*Robert James Fox*