**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

    vs.　　　　　　　　　　　　　　　　　　　　　　　　　　10-CR-320

**ED GEORGE PARENTEAU,**

　　　　　　　　　　　　　　　　　　　**Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**ORDER**

　　　An individual named Robert James Fox has filed a petition for a writ of habeas corpus seeking the release of Defendant ED GEORGE PARENTEAU.  Mr. Fox is not listed as an attorney admitted to practice law before the United States District Court for the Northern District of New York or as an attorney admitted to practice law in the State of New York.  See New York State Unified Court System attorney search data base.[1]  Mr. Fox does not aver that he is admitted to practice law before another court of competent jurisdiction.  Indeed, he asserts in the petition that he is "not an expert in law" and that he is the "Robert James Fox as in U.S. v. Fox, 766 F. Supp. 569."   In United States v. Fox, Mr. Fox appeared *in propria persona* without an attorney.  See United States v. Fox, 766 F. Supp. 569 (N.D. Tex.,1991).

---

　　　[1] http://iapps.courts.state.ny.us/attorney/AttorneySearch.

1

"A person who has not been admitted to the practice of law may not represent anybody other than himself." Guest v. Hansen, 603 F.3d 15, 20 (2d Cir. 2010)(citing Lattanzio v. COMTA, 481 F.3d 137, 139 (2d Cir. 2007); 28 U.S.C. § 1654). Because Mr. Fox has no personal standing in the matter of the petition for a writ of habeas corpus seeking the release of Defendant ED GEORGE PARENTEAU, and because it does not appear that Mr. Fox is admitted to practice law before this Court or any court of competent jurisdiction, the petition by Mr. Fox is **DISMISSED.**

**IT IS SO ORDERED**

DATED:  July 2, 2010

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge