Ed-George for the family Parenteau, Sui Juris
c/o general post office
Smyrna, New York republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 06 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ED GEORGE PARENTEAU, )<br>)<br>Defendant. ) | CASE # 1:10-CR-0320<br><br>PETITION BY AFFIDAVIT<br>TO RETURN PROPERTY |

**Petition by Affidavit to return Property**

I Ed-George for the family Parenteau, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your Briscoe v LaHue, 460 US 325.

Ed –George for the family Parenteau, a Secured Party creditor, and reserving his rights "without prejudice", Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

I submit this Affidavit of Truth for and into the record that all statements and or documents submitted in support of Petition are true and that I have firsthand knowledge of all the facts in all these documents.

**Let it be known for and on the record, that I do not represent myself, I am myself.**

In this affidavit I am demanding the return of personal property, since the 30 day seizure is way over the industry standard for copying a hardware drive in its entirety.

The act of copying files is a simple process which takes very little time; it has been my experience on my computers that a maximum time of 4 hours is needed to backup my entire system files.

It has been over two weeks, and no status on when these items will be returned.

The computers did not commit a crime and should not be held hostage for such a long period of time.

This seizure has and will encumber my ability to defend myself, and has encumbered my ability to work and/or return to earn a living.

I demand that my wife's computer be returned immediately, as she cannot communicate with family members and others to help me in my defense.

My wife's computer has no information which is needed for this investigation.

I demand this equipment be release back to me immediately so I and my wife can continue my defense.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

**Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the fourth day of the seventh month in the year of our Lord and Savior two thousand ten.

*[signature]*

Ed-George for the family Parenteau

Date: July 4, 2010

## Proof and Evidence of Service

| | |
|---|---|
| ~~THOMAS A. CAPEZZA~~ | USDC OF NORTHERN NY |
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

*[signature]*

Ed-George for the family Parenteau

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**