# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff

v.                                     CASE NO. 10-CR-320

ED GEORGE PARENTEAU,
    Defendant

## REQUEST FOR TRANSCRIPT

TO:_____, Court Reporter/Transcriber.

    Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following portion(s) of the proceeding: Entire proceeding of 7/7/2010 Status of self-representation

    The party requesting the transcript must also provide the Court Reporter/Transcriber with a FORM AO 435 Transcript Order[2]. This form is available on the Court's website at www.nynd.uscourts.gov .

    Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/ .

                                                 S/  Thomas A. Capezza
                                                 Attorney for United States of America
                                                 NYND Bar Roll# 503159
                                                 Address: 445 Broadway, Rm 218
                                                           Albany, NY 12207

---

[1] Upon filing of the office transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher for and have it approved by the presiding judge prior to filing this form.

## Certificate of Service

I hereby certify that on July 13, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

and that I mailed by United States Postal Service the document to the following <u>non</u> CM/ECF participants: Ed George Parenteau
        PO Box 771
        Stone Ridge, NY