7/11/2010

From Ed-George for the family Parenteau
Albany, New York

10-cr-320

To: Magistrate Judge Homer
445 Broadway
Albany, New York

I Ed-George: Parenteau give authority to pick-up any of my property taken from my home on June 22. 2010 By the FBI.

I give authority to Richard Enrique: Viñou or Robert Warner: Blake

Ed-George: Parenteau