From Ed-George for the family Parenteau
Albany, New York

To: Magistrate Judge Homer
445 Broadway
Albany, New York

Judge Homer;

Please note that I have released (fired) attorney George Baird for the following reasons;

10-CR-320

**RECEIVED**
JUL 14 2010
DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE
ALBANY, NEW YORK

See attached

Ed-george Parenteau

I Ed-George; Parenteau have been denined paper and pen to wright any thing. To date.

Case No: 10-CR-320 (TJM)

July 10, 2010

Ed-George: Parenteau
held at Albany County Jail
840 Albany Shaker Road
Albany, New York 12211

To United States District Court Northern District of New York Judge David R. Homer.

I do not accept your offer to have the BAR licensed attorney George Baird assist me in any way. This person is not of sound mind pertains to law and is not effective assistance of counsel.

Therefore by way of this lawful notice any presumed thought I have accepted the licensed attorney for assistance of counsel is hereby rebutted. I do not accept.

I Ed-George: Parenteau, conditionally accept your (Judge David R. Homer) that Federal rules of criminal Procedure requires me to accept a licensed attorney that this rule over rides the right to chose any assistance of counsel as noted in the Bill of Rights and the constitution for the united states of America, and I comand strick proof thereof.

Ed-George: Parenteau
Sui Juris