1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ed-George for the family Parenteau, Sui Juris
c/o general post office
Smyrna, New York republic

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

ED GEORGE PARENTEAU,

         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE # 1:10-CR-0320

CROSS FILE

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 2 7 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY
12:13 pm

## CROSS FILE

## WITNESS CERTIFICATION

State of New York      )
                       )      ss.
County of Albany       )

On this date, July 11, 2010, a man, appearing in his true character, who identified himself as Ed-George for the family Parenteau, appeared before us, Richard Enrique Ulloa and Robert-Warner Blake, witness's to his autograph, and attested to the truth of his Affidavit of True Copy Certification by Document Custodian with his oath and autograph.

_____
Date

_____
Richard-Enrique; Ulloa

_____
Date

_____
Robert-Warner Blake

http://www.jcapsasl.org/cat_filing%20instruments/cat9filingset/cat9xfil

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 1 8 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------

UNITED STATES OF AMERICA          :       **I N D I C T M E N T**
                                  :
        v.                        :       Crim. No. 10-CR-00320 (TJM)
                                  :
**ED GEORGE PARENTEAU,**          :       Viol. 18 U.S.C. §§ 2, 1341 & 1349
   also known as ("a/k/a") "ed-george" and :
**JEFFREY CHARLES BURFEINDT**     :       (County of Offenses: Ulster)
   a/k/a "jeffrey-charles"        :       (Two Felony Counts)

            Defendants.

------------------------------

THE GRAND JURY CHARGES:

                        **INTRODUCTION**

    1.      On or about March 4, 2009, **ED GEORGE PARENTEAU** and **JEFFREY**

**CHARLES BURFEINDT** were arrested together by the Town of Lloyd, New York Police

Department for violations of State law.  Town of Lloyd Police Officers A. K. and K. B. were the

arresting officers.

    2.      On or about March 4, 2009, **ED GEORGE PARENTEAU** and **JEFFREY**

**CHARLES BURFEINDT** appeared in Lloyd Town Court for their respective arraignments.

The Honorable E. R., Lloyd Town Justice, presided over the arraignments.

    3.      On or about March 4, 2009, **ED GEORGE PARENTEAU** and **JEFFREY**

1

**CHARLES BURFEINDT** were released on bail following their arraignments in the Lloyd Town
Court.

    4.     On or about April 7, 2009, **ED GEORGE PARENTEAU** and **JEFFREY
CHARLES BURFEINDT** returned to Lloyd Town Court, presented the Court with paperwork
entitled "Notice to Dismiss for Lack of Jurisdiction" and stated words to the effect that the Town
of Lloyd Police Department did not have the right, nor the jurisdiction to arrest **PARENTEAU**
and **BURFEINDT**.

    5.     On or about April 15, 2009, Lloyd Town Justice E. R. ruled that the Town of
Lloyd Court had proper jurisdiction and that the matter against **ED GEORGE PARENTEAU**
and **JEFFREY CHARLES BURFEINDT** would proceed on May 5, 2009.

    6.     After **ED GEORGE PARENTEAU** and **JEFFREY CHARLES BURFEINDT**
failed to appear for their court appearance on May 5, 2009, Lloyd Town Justice E. R. signed
bench warrants for the arrests of **ED GEORGE PARENTEAU** and **JEFFREY CHARLES
BURFEINDT**.

<u>**THE LIEN AND JUDGMENT SCHEME**</u>

    7.     From on or about March 4, 2009, and continuing through the date of this
Indictment, within the Northern District of New York, defendants **ED GEORGE PARENTEAU**
and **JEFFREY CHARLES BURFEINDT**, with the intent to defraud, devised and intended to
devise a scheme and artifice to defraud, and to obtain money and property by means of materially
false or fraudulent pretenses, representations and promises, to wit: defendants **ED GEORGE
PARENTEAU** and **JEFFREY CHARLES BURFEINDT** directed false and fraudulent efforts
against employees or entities of the Town of Lloyd, the Town of Lloyd Police Department, and

2

Ulster County, New York who displeased the defendants in one manner or another, to obtain

money and property and to falsely and fraudulently keep the rightful owners of such money from

freely controlling their funds, through the mailing of documents and the filing of judgments and

liens intended to create an appearance of indebtedness purportedly under the Uniform

Commercial Code.

## DESCRIPTION OF THE LIEN AND JUDGMENT SCHEME

8.      Between about September 28, 2009 and about October 27, 2009, **ED GEORGE**

**PARENTEAU** and **JEFFREY CHARLES BURFEINDT** caused the mailing, via the United

States Postal Service (hereinafter the "USPS"), of at least eight separate documents to the

attention of various employees or entities of the Town of Lloyd, the Town of Lloyd Police

Department, and Ulster County, New York. Said documents describe the various employees and

entities as "libellees" and claim that the "libellees" have agreed to pay "damages" to "libellant"

**ED GEORGE PARENTEAU** in the amount of $1,961,000,000.00 in silver and to pay

"damages" to "libellant" **JEFFREY CHARLES BURFEINDT** in the amount of

$2,304,000,000.00 in silver. Each of these documents indicates the payment of damages can be

made to the "libellants" in the care of "Ms. Sara Ulloa, Notary Witness, 1121 Ovington Avenue,

Brooklyn, New York 11219."

9.      Between about September 28, 2009 and about October 27, 2009, **ED GEORGE**

**PARENTEAU** and **JEFFREY CHARLES BURFEINDT** caused the mailing, via the USPS, of

documents to the attention of various employees or entities of the Town of Lloyd, the Town of

Lloyd Police Department, and Ulster County, New York.  Said documents are entitled "NOTICE

OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DISTRICT" and claim that the

3

"libellees" are in "default and damages are past due.  Penalties and interest are accruing daily as

is provided by contract, and ...Your failure to respond within the time limit made this a self

executing confession of judgment."  The "judgements" convert the "damages" into "United

States Federal Reserve notes" and assert that **ED GEORGE PARENTEAU** has a "judgement"

against the "libellees" in the amount of $62,653,950,000.00 dollars and that **JEFFREY**

**CHARLES BURFEINDT** has a "judgement" against the "libellees" in the amount of

$73,612,800,000.00 dollars.

10.     The "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL

DISTRICT" as claimed by **ED GEORGE PARENTEAU** lists the following individuals and

entities as "libellees":

      a.     K.B.
      b.     "TOWN OF, LLOYD POLICE DEPARTMENT"
      c.     "TOWN OF, LLOYD COURT"
      d.     E.R.
      e.     H.B. (a Town of Lloyd Office Assistant)
      f.     D.M. (Assistant District Attorney, Ulster County)
      g.     "TOWN OF, LLOYD" et al.

11.     The "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL

DISTRICT" as claimed by **JEFFREY CHARLES BURFEINDT** lists the following individuals

and entities as "libellees":

      a.     D.D. (a Town of Lloyd Police Officer)
      b.     "TOWN OF, LLOYD POLICE DEPARTMENT"
      c.     "TOWN OF, LLOYD COURT"
      d.     E.R.
      e.     H.B. (a Town of Lloyd Office Assistant)
      f.     D.M.(Assistant District Attorney, Ulster County)
      g.     "TOWN OF, LLOYD" et al.

This document was mailed in an envelope which listed the return address as "jeffrey-charles; c/o:

4

ed-george..."

12.     On or about November 20, 2009, a lien was filed against various employees and entities of the Town of Lloyd, the Town of Lloyd Police Department and Ulster County with the New York State, Department of State falsely and fraudulently asserting via the lien that the aforementioned entities and municipal employees each owed **ED GEORGE PARENTEAU** $62,653,950,000.00 dollars.

13.     On or about November 20, 2009, a lien was filed against various employees and entities of the Town of Lloyd, the Town of Lloyd Police Department and Ulster County with the New York State, Department of State falsely and fraudulently asserting via the lien that the aforementioned entities and municipal employees owed **JEFFREY CHARLES BURFEINDT** $73,612,800,000.00 dollars. This lien indicates that any acknowledgments concerning the financing statement can be sent to "c/o ed george; general post-office: guilford: new-york: the land. (99999)."

14.     In the manner described above, false and fraudulent documents and/or liens were submitted indicating an indebtedness to **ED GEORGE PARENTEAU,** by the following individuals, among others:

| NAME | DESCRIPTION | APPROXIMATE AMOUNT OF ALLEGED LIEN |
| --- | --- | --- |
| Town of Lloyd | Municipality | $62,653,950,000.00 |
| Lloyd Town Court | Municipality | $62,653,950,000.00 |
| K.B. | Town of Lloyd Police Officer | $62,653,950,000.00 |
| E.R. | Town of Lloyd Town Justice | $62,653,950,000.00 |

5

| D.M. | Assistant District Attorney, Ulster County | $62,653,950,000.00 |
| A.K. | Town of Lloyd Police Officer | $62,653,950,000.00 |
| J.C. | Town of Lloyd Office Assistant | $62,653,950,000.00 |
| D.A. | Town of Lloyd Chief of Police | $62,653,950,000.00 |

15.    In the manner described above, false and fraudulent documents and/or liens were submitted indicating an indebtedness to **JEFFREY CHARLES BURFEINDT,** by the following individuals, among others:

| NAME | DESCRIPTION | APPROXIMATE AMOUNT OF ALLEGED LIEN |
|------|-------------|-----------------------------------|
| Town of Lloyd | Municipality | $73,612,800,000.00 |
| Lloyd Town Court | Municipality | $73,612,800,000.00 |
| D.D. | Town of Lloyd Police Officer | $73,612,800,000.00 |
| E.R. | Town of Lloyd Town Justice | $73,612,800,000.00 |
| D.M. | Assistant District Attorney, Ulster County | $73,612,800,000.00 |
| D.A. | Town of Lloyd Chief of Police | $73,612,800,000.00 |
| A.S. | Town of Lloyd Office Assistant | $73,612,800,000.00 |
| K.B. | Town of Lloyd Police Officer | $73,612,800,000.00 |
| H.B. | Town of Lloyd Office Assistant | $73,612,800,000.00 |
| J.C. | Town of Lloyd Office Assistant | $73,612,800,000.00 |

6

## COUNT ONE

### (Conspiracy to Commit Mail Fraud)

16.     Paragraphs 1 through 15 are incorporated by reference herein.

17.     From at least March 4, 2009 through the date of this Indictment, the exact dates being
unknown, in the Northern District of New York and elsewhere, the defendant DD GEORGE
PARENTEAU and JEFFREY CHARLES BURFEINDT conspired and agreed with each other,
and with others, to knowingly commit mail fraud, 18 U.S.C. § 1341, that is, knowingly devising, and
intending to devise, and causing to be devised, a scheme and artifice to defraud, and to obtain money
and property by means of materially false and fraudulent pretenses, representations and promises,
and for the purposes of executing and attempting to execute said scheme, causing to be sent by the
United States Postal Service or by private or commercial interstate carrier (the sending of which is
collectively referred to hereafter as mailed"), false and fraudulent judgments and liens intended to
be filed, and which were filed with the New York State, Department of State, and documents in
support of such false and fraudulent effort to obtain money from various individuals and to keep such
individuals from freely controlling their own funds.

## OVERT ACTS

18.     Between about September 28, 2009 and October 2, 2009, **JEFFREY CHARLES
BURFEINDT** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to Town
of Lloyd police officer D.D. demanding payment of $2,304,000,000.00 in silver.

19.     Between about September 28, 2009 and October 2, 2009, **JEFFREY CHARLES
BURFEINDT** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to the

Town of Lloyd Court, H.B. and E.R. demanding payment of $2,304,000,000.00 in silver.

20.    Between about September 28, 2009 and October 2, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to R.C. demanding payment of $2,304,000,000.00 in silver.

21.    On or about October 9, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "SECOND DEMAND FOR PAYMENT" document addressed to R.C., Town of Lloyd Court demanding payment of $2,304,000,000.00 in silver.

22.    On or about October 9, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "SECOND DEMAND FOR PAYMENT" document addressed to R.C., Town of Lloyd et al. demanding payment of $2,304,000,000.00 in silver.

23.    On or about October 9, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "FINAL DEMAND FOR PAYMENT" document addressed to the Town of Lloyd Court, H.B. and E.R. demanding payment of $2,304,000,000.00 in silver.

24.    On or about October 27, 2009, **JEFFREY CHARLES BURFEINDT** caused to be mailed a "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT" document addressed to the Town of Lloyd Court, H.B. and E.R. stating that the document was a "self executing confession of judgement" in the amount of $73,612,800,000.00.

25.    On or about September 24, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "DEMAND FOR PAYMENT" document addressed to R.C. and the Town of Lloyd et al. demanding payment of $1,961,000,000.00 in silver.

26.    On or about October 9, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "SECOND NOTICE OF FAULT AND DEMAND FOR PAYMENT" document addressed to R.C.

8

and the Town of Lloyd et al. demanding payment of $1,961,000,000.00 in silver.

27.     On or about October 21, 2009, **ED GEORGE PARENTEAU** caused to be served a "FINAL DEMAND FOR PAYMENT" on the Office of the Town Supervisor, Town of Lloyd demanding payment of $1,961,000,000.00 in silver from K.B., the Town of Lloyd Police Department, the Town of Lloyd Court, E.R., H.B., D.M., and the Town of Lloyd et al.

28.     On or about October 26, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT" document addressed to the Town of Lloyd and R.C. et al. stating that the document was a "self executing confession of judgement" in the amount of $62,653,950,000.00.

29.     On or about October 26, 2009, **ED GEORGE PARENTEAU** caused to be mailed a "NOTICE OF FINAL DETERMINATION AND JUDGEMENT IN NIHIL DICIT" document addressed to E.R., Town of Lloyd Court stating that the document was a "self executing confession of judgement" in the amount of $62,653,950,000.00.

30.     On or about November 20, 2009, **JEFFREY CHARLES BURFEINDT** caused to be filed a Uniform Commercial Code (UCC) Financing Statement (#200911200664304) with the New York State, Department of State, Division of Corporations, State Records and Uniform Commercial Code, which listed **BURFEINDT** as a secured creditor in the amounts of $73,612,800,000.00 against the following entities and employees of the Town of Lloyd, Town of Lloyd Police Department and Ulster County: the Town of Lloyd, the Town of Lloyd Court, D.D., E.R., D.M., D.A., A.S., A.K., K.B., H.B., and J.C.

31.     On or about November 20, 2009, **ED GEORGE PARENTEAU** caused to be filed a Uniform Commercial Code (UCC) Financing Statement (#200911200664354) with the New York

9

State, Department of State, Division of Corporations, State Records and Uniform Commercial Code, which listed **PARENTEAU** as a secured creditor in the amounts of $62,653,950,000.00 against the following entities and employees of the Town of Lloyd, Town of Lloyd Police Department and Ulster County: the Town of Lloyd, the Town of Lloyd Court, E.R., D.M., D.A., A.K., K.B., and J.C.

32.       Between about May 15, 2010 and May 27, 2010, **ED GEORGE PARENTEAU** caused to be mailed a letter containing (UCC) Financing Statement (#200900664354) to the Equifax credit reporting agency and requesting that the credit reporting agency record the Financing Statement on Judge E.R.'s personal credit report.

All in violation of Title 18, United States Code, Sections 1341 & 1349.

**MAILINGS IN FURTHERANCE OF THE SCHEME AND ARTIFICE TO DEFRAUD**

**COUNT TWO**

**(Mail Fraud)**

33.       The allegations of paragraphs 1 through 15 are realleged and incorporated herein by reference.

34.       On or about the dates list below, in the State and Northern District of New York and elsewhere, the defendants, **JEFFREY CHARLES BURFEINDT** and **ED GEORGE PARENTEAU**, each aiding and abetting the other, for the purpose of executing the aforesaid scheme and artifice to defraud and attempting to do so, knowingly placed and caused to be placed in a post office and authorized depository for mail certain matters, documents, letters and mailings to be sent or delivered by the United States Postal Service and/or by any private or commercial interstate carrier, to wit: demands for payment and notices of final determination and judgement, from and to the persons or entities listed below:

Case 1:10-cr-00320-TJM   Document 1   Filed 06/18/10   Page 11 of 11

| Type of Document | Dates | From | To |
|---|---|---|---|
| Demand for Payment | 9/24/2009<br>9/28/2009<br>9/28/2009<br><br>9/28/2009 | Ed George Parenteau<br>Jeffrey Charles Burfeindt<br>Jeffrey Charles Burfeindt<br><br>Jeffrey Charles Burfeindt | R.C. & Town of Lloyd<br>D.D.<br>Town of Lloyd Court, H.B. & E.R<br>R.C. |
| Second Demand for Payment or Second Notice of Fault and Demand for Payment | 10/9/2009<br>10/9/2009<br>10/9/2009 | Ed George Parenteau<br>Jeffrey Charles Burfeindt<br>Jeffrey Charles Burfeindt | R.C. & Town of Lloyd<br>E.R. & Town of Lloyd Court<br>R.C. & Town of Lloyd |
| Final Demand for Payment | 10/19/2009 | Jeffrey Charles Burfeindt | H.B., E.R. & Town of Lloyd Court |
| Notice of Final Determination and Judgement in Nihil Dicit | 10/26/2009<br>10/26/2009<br>10/27/2009 | Ed George Parenteau<br>Ed George Parenteau<br>Jeffrey Charles Burfeindt | E.R. & Town of Lloyd Court<br>R.C. & Town of Lloyd<br>H.B., E.R. & Town of Lloyd Court |

All in violation of Title 18, United States Code, Sections 2, 1341 and 1349.

Dated: June 18, 2010

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

By: _____
    Richard Belliss
    Assistant United States Attorney
    Bar Roll # 515295

11

U.S. DISTRICT COURT
**N.D. OF N.Y.**
**FILED**

JUN 1 8 2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN, CLERK
ALBANY

In the matter of the indictment
and arrest of ED GEORGE PARENTEAU,
DOB        7 and JEFFREY CHARLES
BURFEINDT, DOBs        1 &        3

Sealing Order

Case No.: 1:10-CR- 320 (TJM)

Now, on motion of the United States of America, by its

attorney, Richard S. Hartunian, United States Attorney for the

Northern District of New York, Richard D. Belliss, Assistant United

States Attorney, of counsel, it is hereby

   **ORDERED**, that so as not to jeopardize an ongoing

investigation, the **Indictment, Arrest Warrants and this Sealing**

**Order** dated June 18, 2010, regarding the above captioned matter is

**sealed** until further order of this Court.

Dated: June 18, 2010

David R. Homer

HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

1

The provision of this Order directing that the **Indictment, Arrest Warrants and this Sealing Order dated June 18, 2010** be sealed is vacated and said documents shall be **unsealed.**


Dated: _____         _____
                                    HON. DAVID R. HOMER
                                    UNITED STATES MAGISTRATE JUDGE

AFV~DENIED~817.061
Solicitation Attempt To Defraud

The provision of this Order directing that the **Indictment, Arrest Warrants and this Sealing Order dated June 18, 2010** be sealed is vacated and said documents shall be **unsealed.**

Dated: _6/22/10_

_____
HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 22 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

2

U.S. DISTRICT COURT
N.D. OF N.Y.
**ORIGINAL FILED**

JUN 1 8 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the matter of the indictment        Sealing Order
and arrest of ED GEORGE PARENTEAU,
DOB      , ____, and JEFFREY CHARLES     Case No.: 1:10-CR- 320 (TJM)
BURFEINDT,                        , ___ __ __/__,  3
_____

Now,  on  motion  of  the  United  States  of  America,  by  its

attorney,  Richard  S.  Hartunian,  United  States  Attorney  for  the

Northern  District  of  New  York,  Richard  D.  Belliss,  Assistant  United

States  Attorney,  of  counsel,  it  is  hereby

**ORDERED**,  that  so  as  not  to  jeopardize  an  ongoing

investigation,  the  **Indictment,  Arrest  Warrants  and  this  Sealing**

**Order**  dated  June  18,  2010  regarding  the  above  captioned  matter  is

**sealed**  until  further  order  of  this  Court.

Dated: June 18, 2010

_____
HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

             **10-CR-320(TJM)**

  vs.

# Ed George Parenteau

## ASSIGNMENT/INFORMATION FORM

COUNSEL:

Please find attached a copy of the Criminal Pretrial Order issued in the above-entitled action.

The above case has been assigned to the Judge on the attached case assignment form.

All correspondence and filings shall be filed electronically unless specifically exempted by General Order #22 or a judicial officer. Documents should bear the initials of the assigned Judge immediately following the Court Action Number.

All motion papers must conform to Local Rule 12.1 of the Northern District of New York Rules of Criminal Procedure.

## CASE ASSIGNMENT FORM

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

CRIMINAL ACTION NUMBER:   **10-CR-320(TJM)**

This action has been assigned to **HON. THOMAS J. McAVOY, Senior Judge.**

All correspondence and filings shall be filed electronically unless specifically exempted by General Order #22 or a judicial officer. Documents should bear the initials of the assigned judge immediately following the case number as follows: **10-CR-320(TJM)**

If permission has been granted to file papers traditionally, all original papers must be filed with the Clerk's Office listed below:

> **CLERK, U.S. DISTRICT COURT**
> **Federal Building and Courthouse**
> **15 Henry Street**
> **Binghamton, New York 13901**

SENIOR JUDGE TJM will not have a regular motion day during the month of July. Motions may not be filed without prior approval of the court which are returnable during the month of July.

### MONTHLY MOTION SCHEDULE

### HON. THOMAS J. McAVOY, Senior Judge

10:00AM - 2nd Monday of each month at Albany.
10:00AM - 4th Friday of each month at Binghamton.

AFV DENIED ~ 817.061 Solicitation Attempt To Defraud

CRIMINAL PRETRIAL ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

                          **10-CR-320(TJM)**

    vs.

## Ed George Parenteau

I.    <u>**NOTICE TO ALL COUNSEL:**</u>

      Counsel for the defendant is directed to file a notice of appearance in accordance with L.R. 44.2 of the Local Rules of Criminal Procedure with the Clerk of the court stating his/her mailing address and phone number.

II.   <u>**DISCOVERY:**</u>

    **A)**    It is the Court's policy to rely on the discovery procedure as set forth in this Order as the sole means of the exchange of discovery in criminal actions except in extraordinary circumstances. This Order is intended to promote the efficient exchange of discovery without altering the rights and obligations of the parties, while at the same time eliminating the practice of routinely filing perfunctory and duplicative discovery motions.

    **B)**    Fourteen (14) days after arraignment, or on a date otherwise set by the Court for good cause shown, the government shall make available for inspection and copying to the defendant the following:

        1)    **Fed.R.Crim.P. 16(a) & Fed.R.Crim.P. 12(b)(4) Information.**   All discoverable information within the scope of Rule 16(a) of the Federal Rules of Criminal Procedure, together with a notice pursuant to Fed.R.Crim.P. 12(b)(4) of the government's intent to use this evidence, in order to afford the defendant an opportunity to file motions to suppress evidence.

        2)    <u>**Brady Material.**</u> All information and material known to the government which may be favorable to the defendant on the issues of guilt or punishment, within the scope of *Brady v. Maryland*, 373 U.S. 83 (1963).

        3)    <u>**Federal Rule of Evidence 404(b).**</u> The government shall advise the defendant of its intention to introduce evidence in its case in chief at trial, pursuant to Rule 404(b) of the Federal Rules of Evidence. This requirement shall replace the defendant's duty to demand such notice.

3

**C)**     Unless a defendant, in writing, affirmatively refuses discoverable materials under Fed.R.Crim.P. 16(a)(1)(E), (F), and/or (G), the defendant shall make available to the government all discoverable information within the scope of Fed.R.Crim.P. 16(b)(1)(A), (B), and/or (C), within twenty-one (21) days of arraignment.

**D)**     No less than fourteen (14) days prior to the start of jury selection, or on a date otherwise set by the Court for good cause shown, the government shall tender to the defendant the following:

    1)     *Giglio* Material. The existence and substance of any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective witnesses, within the scope of *United States v. Giglio*, 405 U.S. 150 (1972).

    2)     Testifying Informant's Convictions. A record of prior convictions of any alleged informant who will testify for the government at trial.

**E)**     The government shall anticipate the need for, and arrange for the transcription of, the grand jury testimony of all witnesses who will testify in the government's case in chief, if subject to Fed.R.Crim.P. 26.2 and 18 U.S.C. §3500. The government, and where applicable, the defendant, are requested to make materials and statements subject to Fed.R.Crim.P. 26.2 and 18 U.S.C. §3500 available to the other party at a time earlier than required by rule or law, so as to avoid undue delay at trial or hearings.

**F)**     It shall be the duty of counsel for all parties to immediately reveal to opposing counsel any newly discovered information, evidence, or other material within the scope of this Order and there is a continuing duty upon each attorney to disclose expeditiously. The government shall advise all government agents and officers involved in the action to preserve all rough notes.

**G)**     No attorney shall file a discovery motion without first conferring with opposing counsel, and no motion will be considered by the Court unless it is accompanied by a certification of such conference and a statement of the moving party's good faith efforts to resolve the subject matter of the motion by agreement with opposing counsel. No discovery motions shall be filed for information or material within the scope of this Rule unless it is a motion to compel, a motion for protective order, or a motion for an order modifying discovery. See Fed.R.Crim.P. 16(d). Discovery requests made pursuant to Fed.R.Crim.P. 16 and this Order require no action on the part of this Court and should not be filed with the Court, unless the party making the request desires to preserve the discovery matter for appeal.

## III.   MOTIONS:

**A)**     Any and all motions by all parties **must be served and filed within four (4) weeks of the date of this Order.** Such motions must comply with the provisions of Rule 12.1 of the Local Rules of Criminal Procedure for the Northern District of New York. All motions must be scheduled for a return date prior to the scheduled trial date. Oral

argument is required on each pretrial motion unless otherwise ordered by the Court. **Motions are to be FILED BY July 21, 2010.**

**B)**     When any motion has been filed, the moving party must confer with the opposing party and report to the Court in writing: 1) whether the parties agree or disagree that the requested relief is appropriate, 2) whether a hearing is necessary to resolve factual disputes, and 3) whether oral argument is necessary.

**C)**     Motions may be filed by a party later than four (4) weeks from the date of this Order only by further order of this Court upon a showing of good cause for the delay.

**D)**     Any delay, from the date of filing such motion through conclusion of its hearing, or other prompt disposition, is excluded from calculation under the time limits of the Speedy Trial provisions. 18 U.S.C. §3161(h)(1)(F).

**E)**     Counsel for each party shall EXCHANGE and file with the Court A MEMORANDUM OF LAW, not to exceed twenty-five (25) pages in length, concerning issues of substantive and any evidentiary law which either party anticipates will be raised at the trial of the general issues.

## IV.    HEARINGS:

**A)**     Counsel for each party shall be ready with witnesses and exhibits for any evidentiary hearing which the Court may schedule.

## V.    SPEEDY TRIAL REQUIREMENTS:

**A)**     The U.S. Attorney and defense counsel are hereby notified that no continuance or extension will be granted under the Speedy Trial Act unless a motion or stipulation is submitted which recites the appropriate exclusionary provision of the Speedy Trial Act, 18 U.S.C. §3161. In addition, the motion or stipulation must be accompanied by an affidavit of facts upon which the Court can make a finding which would warrant the granting of the relief requested. Counsel must also submit a proposed order setting forth the time to be excluded and the basis for its exclusion. If the exclusion affects the trial date of the action the stipulation or proposed order must have a space for the Court to enter a new trial date in accordance with the excludable time period. All requests for continuance or extension which do not comply with this Order will be disallowed by the Court.

## VI.    TRIAL DATE:

**A)**     Trial will be scheduled to begin not later than sixty (60) days from the date of arraignment. In multiple defendant cases the trial date will be scheduled at the arraignment of the first defendant to be arraigned; defendants arraigned on subsequent dates will be joined for trial with the original defendant unless a written application or stipulation by the U.S. Attorney and counsel for the defendants is made within five (5) days of such subsequent arraignment and is approved by the Court. The application to extend the date upon which trial will commence must include the

precise reason for the requested extension and should contain a place for the Court to enter the new trial date in accordance with the extension requested in the application.

The Court will in all cases attempt to schedule trial dates so as to permit defense counsel adequate preparation time in light of all the circumstances in accordance with Title 18 U.S.C. §3162(c)(2).

**B)**   Trial of the above entitled action is hereby set for **August 23, 2010, at 10:00 AM, in Binghamton, New York, before the Honorable THOMAS J. McAVOY.**

THE COURT WILL SCHEDULE A FINAL PRETRIAL CONFERENCE THAT WILL BE HELD IN ADVANCE OF THE TRIAL DATE.

Defendant(s) and counsel **must** appear on the trial date READY to proceed.

**VII.   DEFENDANTS IN CRIMINAL CASES SHALL APPEAR WHENEVER SUCH APPEARANCE IS DIRECTED BY THE COURT. FAILURE TO APPEAR AS DIRECTED MAY RESULT IN REVOCATION OF BAIL.**

**VIII.   SUBMISSIONS REQUIRED:**

Within seven (7) days before the FINAL PRETRIAL CONFERENCE DATE, counsel for each party shall:

(a)   **EXCHANGE** and file with the Court **VOIR DIRE** requests*;

(b)   **EXCHANGE** and file with the Court the **Court Ordered Questionnaire*** (see Attachment (F));

(c)   **EXCHANGE** and file with the Court **REQUESTS TO CHARGE** which the parties intend at that time to ask the Court to consider without prejudice to the party's right to submit additional requests to charge, the need for which was not apparent prior to trial, at the conclusion of the taking of evidence,* together with a copy of the instructions on a computer disk, preferable in WordPerfect format;

(d)   **EXCHANGE** and file with the Court a **VERDICT FORM** which the parties intend at that time to ask the Court to consider;

(e)   **EXCHANGE** and file with the Court a **MEMORANDUM OF LAW**, not to exceed twenty-five (25) pages in length, concerning issues of substantive and any evidentiary law which either party anticipates will be raised at the trial of the general issues;*

(f)   Make every effort to enter into **STIPULATION OF FACT** including stipulations as to the admissibility of evidence, limiting the matters which are required to be tried;

(g)   **EXCHANGE** and file with the Court a proposed **EXHIBIT LIST** (Govt. to label exhibits numerically, i.e.: Govt. 1, 2, 3, etc.; Deft. to label exhibits numerically, i.e.:

D-1, D-2, etc.; in multiple defendant cases, the exhibits must be numbered in the same order as the defendant's name appears on the indictment, i.e.: D-1 Exhibit 1, D-2 Exhibit 1, etc.);

(h)     **EXCHANGE** and file with the Court a proposed **WITNESS LIST** with a brief description as to the subject area of the proposed witness's testimony.

The Court may at any time request a courtesy copy of any electronically filed document.

**\*PROPOSED VOIR DIRE, REQUESTS TO CHARGE, AND MEMORANDA OF LAW THAT ARE NOT FILED TEN (10) DAYS PRIOR TO THE DATE FIXED FOR TRIAL WILL NOT BE ACCEPTED FOR FILING BY THE COURT. FAILURE TO COMPLY WITH THE REQUIREMENTS OF THIS PRETRIAL SCHEDULING ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS BY THE COURT.**

**SO ORDERED.**

**DATED:   June 23, 2010**

United States Magistrate Judge

7

COURT ORDERED VOIR DIRE
TO BE USED BY THE JUDGE AT TRIAL

**CASE TITLE: United States of America vs. Ed George Parenteau**

**CRIMINAL ACTION NO.:** 10-CR-320

**DISTRICT JUDGE: THOMAS J. McAVOY**

ATTACHMENT #(1)

Each attorney is required to submit the following information on behalf of his/her client for use by the Court during Voir Dire and must be filed with the Court seven (7) days in advance of the scheduled final pretrial conference date.

NAMES AND ADDRESSES OF ALL DEFENDANTS ON TRIAL, DEFENSE COUNSEL'S FIRM NAME, ADDRESS AND THE NAME OF ANY PARTNER OR ASSOCIATE WHO MAY BE AT COUNSEL TABLE DURING THE COURSE OF THE TRIAL.

**(use additional page if necessary)**

U.S. ATTORNEY'S NAME AND OFFICE ADDRESS; NAMES AND BUSINESS ADDRESS OF ANY CASE AGENT OR OTHER GOVERNMENT REPRESENTATIVE WHO WILL SIT AT COUNSEL TABLE.

**(use additional page if necessary)**

SET FORTH THE DATE OF EACH ALLEGED CRIMINAL OFFENSE, THE PLACE OF THE OFFENSE AND A BRIEF STATEMENT OF THE EVENTS CENTRAL TO THE CHARGES OF EACH COUNT IN THE INDICTMENT.

**(use additional page if necessary)**

SET FORTH THE NAMES AND ADDRESSES OF ALL LAY WITNESSES TO BE CALLED.

**(use additional page if necessary)**

SET FORTH THE NAMES AND ADDRESSES OF ALL EXPERT WITNESSES TO BE CALLED
GIVING A BRIEF DESCRIPTION OF THEIR AREAS OF EXPERTISE.

**(use additional page if necessary)**

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY COUNT IN THE INDICTMENT.

**(use additional page if necessary)**

SET FORTH A BRIEF DESCRIPTION OF EACH AND EVERY AFFIRMATIVE DEFENSE
ASSERTED.

**(use additional page if necessary)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE TAKE NOTICE that any delay in jury selection occasioned by the failure to provide this
information will be explained to the jury as to the extent of the delay and the attorney causing
same and if the delay causes one (1) day or more postponement of this trial, appropriate
monetary sanctions will be imposed by the Court.

**Date:** _____                    _____
                                          **(Signature of Attorney)**
                                          **Bar Roll #:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**GOVERNMENT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**DEFENDANT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**GOVERNMENT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**DEFENDANT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**GOVERNMENT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**DEFENDANT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**GOVERNMENT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CASE NO.** 10-CR-320

**DEFENDANT EXHIBIT NO.** _____

**DATE ENTERED** _____
LAWRENCE K. BAERMAN, CLERK

**BY:** _____
**DEPUTY CLERK**

AFV-DENIED-817.161
Solicitation Attempt To Defraud

Page 1 of ____

**United States District Court**
**Northern District Of New York**

Case No. **10-CR-320**
Date: _____
Presiding Judge: **THOMAS J. McAVOY**

❑ Government          ❑ Defendant          ❑ Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AFV~DENIED~817.061

Solicitation Attempt To Defraud

Case 1:10-cr-00320-TJM   Document 4   Filed 06/23/10   Page 12 of 12

Case No. **10-CR-320**

Page _____ of _____

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AFV~DENIED~817.061
Sollcitation Attempt To Defraud

Exhibits Returned to Counsel (Date): _____

Signature: _____

AO 199A   Order Setting Conditions of Release

# United States District Court
### Northern District of New York

United States of America

**ORDER SETTING CONDITIONS**
**OF RELEASE**

V.

PARENTEAU, Ed George
Defendant

Case Number : 1:10-CR-320-001

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

(2)  The defendant must cooperate in the collection of a DNA sample in the collection is authorized by 42 U.S.C. § 14135a.

(3)  The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(4)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be noticed )

_USDC, Albany, NY_      _June 7, 2010 @ 1:30_
place                          date and time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔)  (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( )  (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____ ) in the event of a failure to appear as required
or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
(Name of person or organization):_____

(City and state):_____ (Tel. No.)_____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed:_____  _____
Custodian or Proxy                              Date

AO 199A  Order Setting Conditions of Release

## Additional Conditions of Release (continued)

(X)   (7)   The defendant shall:

(X) (a)   Report to the Pretrial Services within 24 hours of release, telephone number (518) 257-1700 , and as directed thereafter. The defendant shall allow a probation officer to visit at anytime at the defendant's home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

(X) (b)   Execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $10,000 *secured by cash or US property*

(X) (c)   Post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described: $10,000 *secured by cash or US property*

( ) (d)   Execute a bail bond with solvent securities in the amount of $

(X) (e)   Maintain or actively seek employment.

( ) (f)   Maintain or commence an educational program.

(X) (g)   Surrender any passport to: **The Clerk of the Court**[1].

(X) (h)   Obtain no passport. OR *TRAVEL Documents*

(X) (i)   Restrict travel to the Northern District of New York unless approved by Pretrial Services or the Court.

(X) (j)   Remain at an authorized address as approved by Pretrial Services or the Court.

( ) (k)   Avoid all contact with codefendants and defendants in related cases unless approved by Pretrial Services or the Court.

( ) (l)   Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to :

( ) (m)   Submit to a mental health evaluation and/or treatment as approved by Pretrial Services or the Court. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or availability of third party payments.

( ) (n)   Return to custody each (week)day as of after being released each (week)day as of for employment, schooling, or the following limited purpose(s): .

( ) (o)   Maintain residence at a halfway house or community corrections center, as approved by Pretrial Services or the Court.

( ) (p)   Refrain from( ) any ( ) excessive use of alcohol.

( ) (q)   Refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

( ) (r)   Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or a remote alcohol testing system.

( ) (s)   Participate in and successfully complete a program of inpatient or outpatient substance abuse therapy and counseling approved by Pretrial Services or the Court. The defendant shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or availability of third party payments.

( ) (t)   Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (u)   Participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program as determined by the probation officer based upon ability to pay.

( ) (v)   **Curfew.** The defendant is restricted to the defendant's residence every day( ) from to or ( ) as directed by Pretrial Service or the Court.

( ) (w)   **Home Detention.** The defendant is restricted to the defendant's residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services or the Court.

( ) (x)   **Home Incarceration.** The defendant is restricted to the defendant's residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by Pretrial Services or the Court.

(X) (y)   Report within 72 hours, to Pretrial Services or the Court any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ) (sc.1)   The defendant shall not possess or use a computer or Internet capable device without the approval of Pretrial Services or the Court.

( ) (sc.2)   The defendant shall not use or possess any computer or any other device with online capabilities, at any location, except at your place of employment, unless you participate in the Computer Restriction and Monitoring Program. You shall permit the United States Probation Office to conduct periodic, unannounced examinations of any computer equipment you use or possess, except at your place of employment, limited to all hardware and software related to online use (e.g., use of the World Wide Web, e-mail, instant messaging, etc.)and the viewing of pictures or movies that may violate your conditions of pretrial release. These examinations may include retrieval and copying of data related to online use from this computer equipment and any internal or external peripherals. This computer equipment may be removed to the Probation Office for a more thorough examination. The Probation Office may install any hardware or software system

AO 199A  Order Setting Conditions of Release

|  |  | that is needed to monitor your computer use, subject to the limitations described above, and you will be responsible for paying for the monitoring program. |

( ) (sc.3)   The defendant shall not frequent places where persons under the age of 18 are likely to congregate. This shall include, but is not limited to, schools, parks and arcades, unless it is approved by Pretrial Services or the Court.

( ) (sc.4)   The defendant shall not have any direct contact with a person under the age of 18 unless it is supervised by a person approved of by Pretrial Services or the Court. You shall not have indirect contact with a person under the age of 18 through another person or through a device (including a telephone, computer, radio, or other means) unless it is supervised by a person approved of by Pretrial Services or the Court. You shall reasonably avoid and remove yourself from situations in which you have any other form of contact with a minor.

( ) (sc.5)   The defendant shall not subscribe to or use any Internet services at any location without the approval of Pretrial Services or the Court. Telephone bills, credit card bills and service agreements shall be provided upon the request of Pretrial Services or the Court.

( ) (sc.6)   The defendant shall not utilize any Internet site directly or through another person unless it is approved by Pretrial Services or the Court.

( ) (sc.7)   The defendant shall participate in a mental health program which shall include medical, psychological, or psychiatric evaluation, and may include participation in a treatment program for sexual disorders. The program shall be approved by the United States Probation Office.

( ) (sc.8)   The defendant shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an amount to be determined by the United States Probation Office based on your ability to pay and the availability of third party payments.

( ) (sc.9)   The Court finds there is a reasonably foreseeable risk that you may engage in criminal conduct similar or related to the present offense or your past criminal conduct. Therefore, the Court directs you to notify of risks that may be occasioned by your criminal record or personal history or characteristics, and directs the probation officer to confirm your compliance with this notification requirement.

(X)   The defendant shall not file any lien or judgment without permission of the Court or Pretrial Services.

(X)   The defendant shall provide financial information as directed by Pretrial Services and not apply for lines of credit without permission of Pretrial Services.

rev. (2/2007)

¹For U.S. Passports, the passport will be returned to the U.S. Office of Passport Policy and Planning upon conviction; For Foreign Passports, the passport will be forwarded to the Bureau of Immigration and Customs Enforcement (ICE); The passport will only be returned to the defendant if the case is dismissed.

APPS DENIED 07/27/2021
Solicitation Attempt to Defraud

AO 199A  Order Setting Conditions of Release

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliating and intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned for not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
Signature of Defendant

Smyrna: New York
City and State

**Directions to United States Marshal**

(  ) The defendant is ORDERED released after processing.

(X) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _June 23, 2010_

_____
Hon. David R. Homer
U.S. Magistrate Judge

rev. (2/2007)

# NO. 10-CR-320 (TJM)

| | | |
|---|---|---|
| THE PEOPLE OF NEW YORK | § | FEDERAL DISTRICT COURT |
| EX REL. Robert James Fox | § | |
| *on behalf of* Ed George Parenteau | § | |
| | § | |
| V | § | ALBANY COUNTY |
| | § | |
| ALBANY COUNTY SHERIFF | § | |
| Jame Campbell | § | ALBANY NEW YORK |

## ORDER GRANTING WRIT OF HABEAS CORPUS

Upon reading the petition filed by Robert James Fox on behalf of Ed George Parenteau, duly signed and verified by Robert James Fox, whereby it appears that the said Ed George Parenteau is illegally, and unlawfully restrained of his liberty by Jame Campbell, ALBANY COUNTY Sheriff, and stating wherein the alleged illegality and unlawfulness exists, from which it appears that a Writ of Habeas Corpus ought to issue;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus be issued by the Clerk of courts under seal of this Federal District Court in New York, directed to the said Jame Campbell, ALBANY COUNTY Sheriff, as stated above, commanding him to have the body of Ed George Parenteau before this Federal District Court, on the _____ day of July, 2010, at _____ o'clock ___ M, of that day, to do and receive what shall then and there be considered concerning the said Ed George Parenteau and have proper return, according to law, endorsed upon the writ.

SIGNED this ____ day of July, 2008.

_____

**JUDGE PRESIDING**

# NO. 10-CR-320 (TJM)

THE PEOPLE OF NEW YORK    §    COUNTY COURT
EX REL. Robert James Fox    §
*on behalf of* Ed George Parenteau

                 §
     V              §    ALBANY COUNTY
                 §
ALBANY COUNTY SHERIFF    §
Jame Campbell            §    BOSTAWEN, NEW YORK

## WRIT OF HABEAS CORPUS

To Jame Campbell, ALBANY COUNTY Sheriff, Greeting:
You are commanded to have the body of Ed George Parenteau,
alleged to be restrained by you by whatsoever name the said
Ed George Parenteau shall be called or charged, before this
Federal District Court at the courthouse in said county on the
_____ day of June 2010 at _____ o'clock ___ M., and state
in writing under oath the truth or not that the said Ed George
Parenteau is restrained of liberty by you and what authority or
for what cause have restrained on the return of the writ hereof
and attach a copy of the writ or warrant, if any, by virtue of
which you hold him in custody; And hereof you are not to fail
under the heavy penalties denounced by law against those who
disobey this Writ and to submit to and receive all those things
which shall then and there be considered concerning the said Ed
George Parenteau.

Witness, _____, clerk of this Federal District Court, and the
seal thereof hereto affixed at Albany, New York, this _____
day of July, 2008.

                 (seal)_____

                 _____ Federal District Court Clerk

                 by _____Deputy

PETITION FOR WRIT OF HABEAS CORPUS        Page 12 of 12

*Truth and Justice Center*

*1304 C.R. 1890*

*Bivins, Texas 75555*

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED

JUL   2.  

LAWRENCE K. BAERMAN, CLERK
ANY

Albany Federal Court Clerk
Lawrence K. Baerman
445 Broadway
Albany, New York 12207

June 30, A.D.2010

Dear Clerk of Court

Please file stamp all copies and return the extra copy to me in the SASE enclosed.
Also, in the interest of justice please bring this urgent matter to the immediate attention of the Judge.

Thank you for your kind consideration.

Sincerely,

*Robert James Fox*

AFV~DENIED~817.061
Solicitation Attempt To Defraud

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA**

    **vs.**                                  **10-CR-320**

**ED GEORGE PARENTEAU,**

                              **Defendant.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

**ORDER**

    An individual named Robert James Fox has filed a petition for a writ of habeas corpus seeking the release of Defendant ED GEORGE PARENTEAU.  Mr. Fox is not listed as an attorney admitted to practice law before the United States District Court for the Northern District of New York or as an attorney admitted to practice law in the State of New York.  See New York State Unified Court System attorney search data base.[1]  Mr. Fox does not aver that he is admitted to practice law before another court of competent jurisdiction.  Indeed, he asserts in the petition that he is "not an expert in law" and that he is the "Robert James Fox as in U.S. v. Fox, 766 F. Supp. 569."  In United States v. Fox, Mr. Fox appeared _in propria persona_ without an attorney.  See United States v. Fox, 766 F. Supp. 569 (N.D. Tex.,1991).

_____

    [1] http://iapps.courts.state.ny.us/attorney/AttorneySearch.

"A person who has not been admitted to the practice of law may not represent anybody other than himself." Guest v. Hansen, 603 F.3d 15, 20 (2d Cir. 2010)(citing Lattanzio v. COMTA, 481 F.3d 137, 139 (2d Cir. 2007); 28 U.S.C. § 1654). Because Mr. Fox has no personal standing in the matter of the petition for a writ of habeas corpus seeking the release of Defendant ED GEORGE PARENTEAU, and because it does not appear that Mr. Fox is admitted to practice law before this Court or any court of competent jurisdiction, the petition by Mr. Fox is **DISMISSED.**

**IT IS SO ORDERED**

DATED:  July 2, 2010

Thomas J. McAvoy
Senior, U.S. District Judge

2

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 0 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# NO. 10-CR-320 (TJM)

| | | |
|---|---|---|
| **EX PARTE** | § | **FEDERAL DISTRICT COURT** |
| Ed George Parenteau | § | |
| | § | |
| V | § | **ALBANY COUNTY** |
| | § | |
| **ALBANY COUNTY SHERIFF** | § | |
| James Campbell | § | **ALBANY, NEW YORK** |

# PETITION FOR GREAT WRIT
# OF HABEAS CORPUS
# AS PRESENTED BY AFFIDAVIT OF
# Ed George: Parenteau

STATE OF NEW YORK

ALBANY COUNTY

I, **Ed George for the family Parenteau,** am a free white man, a follower of Yahshua the Messiah to the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

**<u>I, Ed George for the family Parenteau, IN GOOD FAITH do hereby and herein petition this court for the Great Writ of Habeas Corpus, as a matter of right, as declared in your Constitution since I am unlawfully deprived of my liberty by ALBANY COUNTY Sheriff James Campbell upon the mere speculation of alleged criminal accusations since June 22, A.D.2010; I am not committed, imprisoned, detained, confined or restrained by virtue of the final judgment or decree of any competent tribunal of civil or criminal jurisdiction, nor by virtue of an execution issued upon such judgment or decree, in this <i>sui generis</i> matter of substance over form.</u>**

PETITION FOR WRIT OF HABEAS CORPUS                    Page 1 of 11

## PREVIEW
### A. FAILURE TO MEET 4TH & 5TH AMENDMENT REQUIREMENTS
### B. OFFICERS OF THE COURT HAVE DENIED DUE PROCESS
### C. ABSENT FEDERAL PREDICATE ACT THE CHARGES ARE VOID
### D. OFFICERS OF THE COURT CONSPIRED TO COMMIT FELONIES

1) **I, Ed George for the family Parenteau,** have been deemed trust property and summarily DENIED Constitutional Habeas Corpus relief and remedy, as filed by "counsel" Robert James Fox, who is NOT a pettifogger shyster groveling for filthy lucre rendered incompetent due to conflict of interest by being beholden to the court and British Accredited Registry, as a Middle Temple of the Crown lackey, and this is so despite the fact that Habeas Corpus is CONSTITUTIONAL as is the clearly delineated ABSOLUTE RIGHT to "ASSISTANCE OF COUNSEL", wherefore I draw this court's attention to the fact that while the Constitution does declare "ASSISTANCE OF COUNSEL", the Constitution specifically does NOT designate "representation by an attorney", although I am not waiving either.

2) **Pursuant to equal footing doctrine and the Texas Code of Criminal Procedure Article 11.15 the Writ of Habeas Corpus shall be granted without delay by the judge or court receiving the Petition; furthermore in this case failure to take action within seventy-two hours may be quite appropriately deemed**

# DENIAL BY DERELICTION OF DUTY.

3) Pursuant to equal footing doctrine and the Texas Code of Criminal Procedure Article 11.43 **no presumption of guilt arises** from the mere fact that a criminal accusation has been made before a competent authority.

4) **Pursuant to equal footing doctrine and the Texas Code of Criminal Procedure Article 11.24, I am entitled to the Writ of Habeas Corpus since there was not sufficient cause for requiring incarceration instead of bail and/or the bail required is excessive in this sui generis case.**

5) **As a matter of law, BOND is ONLY to secure appearance and for NO OTHER PURPOSE, despite the potential for DISCRIMINATION, RETALIATION, SUMMARY PRE-TRIAL PUNISHMENT, AND/OR FINANCIAL DEVASTATION TO IMPAIR LEGITIMATE DEFENSES, wherefore an OFFER OF PROOF is hereby made that witnesses, evidence and testimony can establish that I am entitled to a personal**

recognizance bond, IF the alleged Indictment and the charges themselves are not quashed instanter, ab initio, considering that Title 18 IS NOT LAW, and even if it was, there are no regulations for this particular matter, furthermore there is NO STANDING except as to charging public employees!!

## 6) **Government of the Virgin Islands v. Gereau, 523 F.2d 140 (1975)** *cannot assume facts not in evidence, even if judge believes facts to be accurate*

however in this case, at the initial appearance,

# absent testimony

**I was summarily deprived of my liberty!!!**

7) Pursuant to equal footing doctrine and the Texas Code of Criminal Procedure Article 11.40 the judge or court before whom a person is brought by Writ of Habeas Corpus shall examine the Writ and the papers attached to it and if no legal cause be shown for the imprisonment or restraint, or if it appear that the imprisonment or restraint though at first legal, cannot for any cause be lawfully prolonged, **the victim shall be discharged.**

# IGNORANCE OF THE LAW IS NO EXCUSE

8) Habeas corpus is necessary to address the issues including but not limited to the following:

# AGGRAVATED KIDNAPPING
# & INVOLUNTARY SERVITUDE
# UNDER COLOR OF LAW
# BY DENIAL OF DUE PROCESS

9)    Absent the required and predicate *mens rea,* and *actus reus,* also absent the required arrest warrant, I am DENIED DUE PROCESS OF LAW, UNLAWFULLY INCARCERATED, AND HELD IN INVOLUNTARY SERVITUDE PRIOR TO TRIAL. Considering that acting as a revenue enhancement terrorist under color of law, totally absent reasonable belief sufficient to rise above mere, unwarranted suspicion, the paramilitary attack officers of the court, failed and neglected to meet the requirements of the 1st, 4th, 5th, 9th, and 14th Amendments to the Constitution for the United States of America; indeed, it appears that the only lawful evidence before the court is that the parasitic, predatory, non-productive government armed thug who instigated this event has created a FELONY breach of fiduciary duty pursuant to the oath he is required to have taken and furthermore is acting in collusion with others in a clever scheme to overthrow the Constitution for the United States of America in the nature of sedition and TREASON as evidenced by a charge that allegedly substitutes for the presumption of innocence and summarily does away with any and all right to 1st Amendment Redress of Grievance!!!    The 4th Amendment was written to quell summary incarcerations, so where was the Fourth Amendment warrant and affidavit for the seizure of Ed George Parenteau, when absent County authority, I was coerced at the peril of my very life, to submit to the armed attack of June 22, 2010??

10)    Absent just compensation, via felony breach of fiduciary duty, I have been deemed and treated as trust property, as my private property fingerprints and photographs were demanded by force of arms and imminent threat of physical violence, My rights and due process have been violated and I am unlawfully held, raising the question, "What statute is it that you rely upon for summary pre-trial punishment in lieu of due process?"

PETITION FOR WRIT OF HABEAS CORPUS                    Page 4 of 11

11)    Absent proper natural heath care, my health is summarily jeopardized and my very life is endangered, my rights and due process have been violated and I am unlawfully held.

12)    Absent Probable Cause Evidentiary Hearing/Examining Trial within 48 hours pursuant to <u>Riverside v. McLaughlin</u>, 500 U.S. 44, my rights to assistance of counsel and due process have been violated and I am unlawfully held to involuntary servitude by means of legal coercion, in the nature of extortion, as per <u>United States vs Kozminski</u>, 488 US 931 (1988), NO 86-2000, decided June 29, 1988. "Held for purposes of criminal prosecution under §241 or §1584, the term, "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for defendant by use or threat of physical restraint or physical injury or by use or threat of coercion through the law or the legal process.   This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of physical restraint or injury or legal coercion".

13) Absent Due Process Notice and Opportunity to challenge the jury wheel and address the Grand Jury to present the exculpatory evidence that has been withheld from the Grand Jury, my rights and due process have been violated and I am unlawfully held.

14) Once due process is denied <u>ALL</u> jurisdiction ceases as per your very own 5 USC §§556(d), 557, 706 wherefore any alleged jurisdiction has already been voided by the denial of due process witnessed, documented, and evidenced by the back stabbing lack of proper probable cause hearing, and overwhelming litany of abuse I HAVE ALREADY SUFFERED WHEREFORE I MUST BE RELEASED FORTHWITH!!!

# CAVEAT

15) "If you are determined to execute a man in any case, there is no occasion for a trial; the world yields no respect to courts that are merely organized to convict."
Robert H. Jackson, United States Prosecutor at Nuremberg

16) "An avidity to punish is always dangerous to liberty.  It leads men to stretch, to misinterpret, and to misapply even the best of laws.  He that would make his own liberty secure must guard even his enemy from oppression; for if he violates this duty he establishes a precedent that will reach to himself." Thomas Paine

17)    CONSIDER WITH EXTREME CAUTION THE WORD OF OUR HEAVENLY FATHER SINCE THERE IS NO ESCAPE WHATSOEVER FROM HIS LAW AND JUDGMENT:

18) "When the righteous are in authority, the people rejoice; but when the wicked beareth rule, the people mourn."  Proverbs 29:2

19)    "Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?" Psalm 94:20.

20) "And said to the judges, Take heed what ye do:  for ye judge not for man, but for Yahvah who is with you in the judgment.  Wherefore now let the fear of Yahvah be upon you, take heed and do it:  for there is no iniquity with Yahvah our Elohim, nor respect of persons, nor taking of gifts."  II Chronicles 19:6 & 7

## CONCLUSION

21) THIS UNABATED ABUSE GREATLY SHOCKS THE CONSCIENCE, IT IS EXTREMELY UNREASONABLE, AND IT ABSOLUTELY UNDERMINES PUBLIC CONFIDENCE IN THE JUSTICE SYSTEM!!!

22)  I am not a danger to himself nor to the society at large and any further restraint of liberty would be a crime against the people of this state and a dire threat to their freedom.

23)    This is my first application for a Writ of Habeas Corpus and no application for a Writ of Habeas Corpus has previously been made by me in relation to this case.

24)  It is readily apparent that unregistered foreign agents assume they can arbitrarily and capriciously determine the value of another living soul's time, however, when the matter involves myself, Ed George Parenteau, the

unregistered foreign agents have no concept of what the actual value is; indeed, all the resources of all the unregistered foreign agents in ALBANY COUNTY could not purchase a single nanosecond from Our Heavenly Father, wherefore they need to reconsider their actions and make restitution.

25)   Unregistered foreign agent employees may have excuses such as, "We have always done it like this" OR "I am only doing what I was told to do", an excuse which failed to work very well at the Nuremberg Trials. The seriousness of the matter is best stated in the Bible. The Bible is the "WORD OF GOD" as per Federal Public Law 97-280, 96 Stat. 1211, so according to the "WORD OF GOD" I suffered an Exodus 21:16 MANSTEALING EVENT and the punishment is DEATH!!   Judge Edith Jones of the U.S. Court of Appeals for the Fifth Circuit, told the Federalist Society of the Harvard Law School on February 28, 2003 "The first 100 years of American lawyers were trained on Blackstone, who wrote that: 'The law of nature dictated by God himself is binding in all counties and at all times; no human laws are of any validity if contrary to this; and such of them as are valid derive all force and all their authority from this original.' The Framers created a government of limited power with this understanding of the Rule of Law – that it was dependent on transcendent religious obligation." The Gideon Society assures us of DUE PROCESS, PUBLIC NOTICE and OPPORTUNITY, furthermore those involved in the MANSTEALING are warned, educated, paid and sworn to know the law. Wherefore I see no excuse for the unlawful conduct and I require the names, job descriptions, bond information, the underwriters' address and subpoena addresses of each and every participant from policy maker and police (policy enforcers) to jailers.   Notice that the tuberculosis and staphylococcus aureus epidemics arising from the prisons and jails makes it plain and clear that the environment is a reckless endangerment to life in the nature of attempted murder.

26)   Is the "WORD OF GOD" adequate for unregistered foreign agent employees **OR** would the employees make a public declaration that they know better than **GOD ALMIGHTY!!??**   Forgiveness may be available where there is repentance, wherefore I am praying for the unregistered foreign agent employees because God's Law is just like gravity, it works whether you believe in it or not!!

**27) According to the Declaration of Independence, "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of happiness. That to secure these rights, Governments are instituted among men, deriving their just powers from the consent of the governed."**

**28) However, the unregistered foreign agent employees are incompetent to act as a governmental authority, because they obviously do not understand that <u>the purpose of government is to secure the rights of men rather than to negate them.</u>**

## RELIEF AND REMEDY DEMANDED

29) Wherefore, your petitioner demands that a Writ of Habeas Corpus be granted instanter and issued, requires to the restraint upon the liberty of myself, Ed George Parenteau, the Writ being directed to the said James Campbell, ALBANY COUNTY Sheriff, commanding him to bring any and all evidence and documentation before the Court at the time and place therein to be specified, to provide a written answer with return thereof as to why the said Ed George Parenteau is restrained of liberty and should not be released; to the end that upon said execution of said Writ that the complete discharge from custody will be effected and the said Ed George Parenteau may be properly restored to his liberty.

30) Sanctions for any party responsible for unnecessary delay in hearing this matter and furthermore, time and costs related to this action, pursuant to equal footing doctrine and Texas Code of Criminal Procedure Article 11.50, at the rate customary for a licensed attorney since a workman is worthy of his hire.

31) The return of any and all fingerprints, photographs, and information sheets and/or data storage to expunge the record of this travesty, and 100 dollars U.S. per fingerprint card, photograph, or information sheet, per party, per day until ALL are returned.

32) Return of any and all property seized absent valid Fourth Amendment warrant and affidavit in existence at the time of the perfidious attack by force of arms on June 22, 2010.

33) I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and actual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

# Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,

## 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746
Signed on this the fourth day of the seventh month in the year of our Lord and Savior two thousand ten.

Ed George Parenteau
Albany County Jail
840 Albany Shaker Road
Albany, New York [12211]

# NO. 10-CR-320 (TJM)

| | | |
|---|---|---|
| EX PARTE<br>Ed George Parenteau | §<br>§<br>§ | FEDERAL DISTRICT COURT |
| V | §<br>§ | ALBANY COUNTY, |
| ALBANY COUNTY SHERIFF<br>James Campbell | §<br>§<br>§ | ALBANY, NEW YORK |

## ORDER GRANTING WRIT OF HABEAS CORPUS

Upon reading the petition filed by Ed George Parenteau, duly signed and verified by Ed George Parenteau, whereby it appears that the said Ed George Parenteau is illegally and unlawfully restrained of his liberty by James Campbell, ALBANY COUNTY Sheriff, and stating wherein the alleged illegality and unlawfulness exists, from which it appears that a Writ of Habeas Corpus ought to issue;

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus be issued by the clerk of courts upon seal of this Federal District Court in New York, directed to the said James Campbell, ALBANY COUNTY Sheriff, as stated above, commanding him to have the body of Ed George Parenteau before this Federal District Court, on the _____ day of July, 2010, at _____ o'clock ___ M, of that day, to do and receive what shall then and there be considered concerning the said Ed George Parenteau and have proper return, according to law, endorsed upon the writ.

SIGNED this ____ day of July, 2010.

_____

**JUDGE PRESIDING**

# NO. 10-CR-320 (TJM)

| | | |
|---|---|---|
| EX PARTE | § | FEDERAL DISTRICT COURT |
| Ed George Parenteau | § | |
| | § | |
| V | § | ALBANY COUNTY |
| | § | |
| ALBANY COUNTY SHERIFF | § | |
| James Campbell | § | ALBANY NEW YORK |

## WRIT OF HABEAS CORPUS

**To James Campbell, ALBANY COUNTY, Sheriff, Greeting:**
You are commanded to have the body of Ed George Parenteau, alleged to
be restrained by you, by whatsoever name the said Ed George Parenteau
shall be called or charged, before the Federal District Court, at the
courthouse in said county on the ____ day of July, 2010, at _____ o'clock
____ M., and state in writing under oath the truth or not that the said Ed
George Parenteau is restrained of liberty by you and what authority or for
what cause he is restrained on the return of the writ hereof and attach a
copy of the writ or warrant, if any, by virtue of which you hold him in
custody; And hereof you are not to fail under the heavy penalties
denounced by law against those who disobey this Writ and to submit to
and receive all those things which shall then and there be considered
concerning the said Ed George Parenteau.

**Witness, _____, clerk of this Federal District Court, and the seal thereof
hereto affixed at Albany, New York, this _____ day of July, 2010.**

(seal)_____

_____ **Federal District Court Clerk**

by _____**Deputy**

PETITION FOR WRIT OF HABEAS CORPUS                    Page 11 of 11

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 0 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

1

2   Ed-George for the family Parenteau, Sui Juris
    c/o general post office
3   *Smyrna* , New York republic

4

5              **IN THE UNITED STATES DISTRICT COURT**

6           **FOR THE NORTHERN DISTRICT OF NEW YORK**

7

8   UNITED STATES OF AMERICA,          )   CASE # 1:10-cr-0320
                                       )
9                Plaintiff,            )
                                       )
10                                     )
                                       )   PETITION BY AFFIDAVIT
11        v.                           )   TO RETURN PROPERTY
                                       )
12                                     )
     ED GEORGE PARENTEAU,              )
13                                     )
                                       )
14                                     )
                 Defendant.            )
15   _____   )

16        Petition by Affidavit to return Property

17  _____

18
        I Ed-George for the family Parenteau, am a sovereign, sui juris, free white man, a
19
    follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah
20
    first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4).
21
    Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as
22
    supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation
23
    and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court.
24
    I have personal knowledge of the matters stated herein, am over the age of majority, and
25
    hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460
26
    US 325.
27

28

Ed –George for the family Parenteau, a Secured Party creditor, and reserving his rights "without prejudice",  Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever hereby affirms;

I submit this Affidavit of Truth for and into the record that all statements and or documents submitted in support of Petition are true and that I have first hand knowledge of all the facts in all these documents.

**Let it be known for and on the record, that I do not represent myself, I am myself.**

In this affidavit I am demanding the return of personal property, since the 30 day seizure is way over the industry standard for copying a hardware drive in its entirety.

The act of copying files is a simple process which takes very little time; it has been my experience on my computers that a maximum time of 4 hours is needed to backup my entire system files.

It has been over two weeks and no status on when these items will be returned.

The computers did not commit a crime and should not be held hostage for such a long period of time.

This seizure has and will encumber my ability to defend myself, and has encumbered my ability to work and/or return to earn a living.

I demand that my wife's computer be returned immediately, as she cannot communicate with family members and others to help me in my defense.

My wife's computer has no information which is needed for this investigation.

I demand this equipment be release back to me immediately so I and my wife can continue my defense.

Petition of Affidavit to return property Page 2

1    I am not an expert in the law however I do know right from wrong.  If there is any

2    human being damaged by any statements herein, if he will inform me by facts I will

3    sincerely make every effort to amend my ways.  I hereby and herein reserve the right to

4    amend and make amendment to this document as necessary in order that the truth may be

5    ascertained and proceedings justly determined.  If the parties given notice by means of

6    this document have information that would controvert and overcome this Affidavit,

7    please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt

8    hereof providing me with your counteraffidavit, proving with particularly by stating all

9    requisite actual evidentiary fact and all requisite actual law and not merely the ultimate

10   facts or conclusions of law, that this Affidavit Statement is substantially and materially

11   false sufficiently to change materially my statutory factual declarations.  Your silence

12   stands as consent to, and tacit approval of, the factual declarations herein being

13   established as fact as a matter of law.  May the will of our Heavenly Father Yahvah,

14   through the power and authority of the blood of His Son Yahshua be done on Earth as it

15   is in Heaven.

17   **Reserving All Natural God-Given Unalienable Birthrights, Waiving None, Ever,**

1

2                              **28 USC §1746**

3      I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct. 28 USC §1746

5      Signed on this the fourth day of the seventh month in the year of our Lord and

6    Savior two thousand ten.

7

8

9

10                                                    rd-George for the family Parenteau

11

12                                                    Date: July 4, 2010

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proof and Evidence of Service**

| | |
|---|---|
| ~~THOMAS A. CAPEZZA~~ | USDC OF NORTHERN NY |
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

Ed George for the family Parenteau

AFV~DENIED~817-061
Solicitation Attempt To Defraud

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO**

**THE PRINCIPAL IS NOTICE TO THE AGENT**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 0 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Ed-George for the family Parenteau
General post office
Smyrna, New York; republic
Non Domestic without the US

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | In Admiralty |
| Plaintiff | ) | Account Number 57-08-7401 |
|  | ) |  |
|  | ) | COMMERCIAL NOTICE |
| v. | ) | APPOINTMENT OF |
|  | ) | FIDUCIARY CREDITOR AND |
|  | ) | DEBTOR |
| ED GEORGE PARENTEAU | ) |  |
| Respondent/Defendant | ) | CASE # 1:10-cr-0320 |
| Ed-George; Parenteau Sui Juris, agent, | ) |  |
| lawful man, secured party creditor, injured | ) |  |
| third party intervener. NO hearing requested | ) |  |
|  | ) |  |

## COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR AND CREDITOR

COMES NOW Ed-George for the family Parenteau a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, who is unschooled in law and notices this court with enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, Ed-George for the family Parenteau "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as ED GEORGE PARENTEAU, a.k.a. E. PARENTEAU, ED PARENTEAU, ED G. PARENTEAU, E.G. PARENTEAU, or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc 03/20/1959 C.E., said entity having as it's trustee

Fiduciary Appointment in Admiralty                                                      Page 1

the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, Ed-George for the family Parenteau, "Third Party Interest Intervener," hereby nominate and do appoint the Honorable Thomas J. McAvoy et al a/k/a THOMAS J. MCAVOY et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT as being qualified to fulfill the position of "Fiduciary Creditor" and Fiduciary Debtor" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the People of the Territory, of new York, through their original Organic Constitutions of New York.

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Ed-George for the family Parenteaua, "Third Party Interest Intervener," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process, and other documents, instruments, bonds or other important papers, to appear to discharge settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of Ed-George for the family Parenteau, "Third Party Interest Intervener" or other delegated appointee of Ed-George for the family Parenteau, "Third Party Interest Intervener," including assignments for or on behalf of the principal (Debtor) ED GEORGE PARENTEAU, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment only, faithfully, specially under this appointment.

Fiduciary Creditor, Honorable Thomas J. McAvoy a/k/a THOMAS J. MCAVOY et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT, is hereby authorized to use the private exemption of Ed-George for the family Parenteau, i.e. ED GEORGE PARENTEAU, 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, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. The Honorable Thomas J. McAvoy et al a/k/a THOMAS J. MCAVOY et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, Ed-George for the family Parenteau, "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

Ed-George for the family Parenteau
Third Party Interest Intervener,
Authorized Agent For
ED GEORGE PARENTEAU, (ens legis)

DATE: 07/04/2010

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating the requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 USC §1746
Signed on this the second day of the seventh month in the year of our Lord and Savior two thousand ten.

Enclosures:
Fiduciary form 56

RESPECTFULLY SUBMITTED;

_____
(Signature)

Ed-George for the family Parenteau
Party Interest Intervener,
Authorized  Agent For:
ED GEORGE PARENTEAU, (ens legis)

| Form **56**<br>(Rev. July 2004)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br><br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return)<br>**ED GEORGE PARENTEAU** | Identifying number<br>**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** | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**GENERAL POST OFFICE**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Symrna, New York**

Fiduciary's name
**Thomas A. Mc Avoy et al, Judge US District Court of Northern New York**

Address of fiduciary (number, street, and room or suite no.)
**445 Broadway**

| City or town, state, and ZIP code<br>**Albany, New York** | Telephone number (optional)<br>(      ) |
|---|---|

**Part II    Authority**

1   Authority for fiduciary relationship. Check applicable box:
- **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .    **(2)** Date of death ................
- **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . .    **(2)** Date (see instructions) ................
- **c** ☐ Valid trust instrument and amendments
- **d** ☑ Other. Describe ▶ **Appointment of Authority**

*[watermark: AFV~DENIED~817.061 SOLICITATION Attempt To Defraud]*

**Part III    Nature of Liability and Tax Notices**

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ....................................
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ....................................
4   Year(s) or period(s) (if estate tax, date of death) ▶ ....................................
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
     described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all)
     of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or
     period(s) applicable
     ....................................

**Part IV    Revocation or Termination of Notice**

*Section A—Total Revocation or Termination*

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship   . ▶ ☐
     Reason for termination of fiduciary relationship. Check applicable box:
- **a** ☐ Court order revoking fiduciary authority
- **b** ☐ Certificate of dissolution or termination of a business entity
- **c** ☐ Other. Describe ▶

*Section B—Partial Revocation*

**8a**  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
     the same tax matters and years or periods covered by this notice concerning fiduciary relationship   . . . . . . . ▶ ☐
**b**  Specify to whom granted, date, and address, including ZIP code.
     ▶ ....................................

*Section C—Substitute Fiduciary*

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
     specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)   . . . . . . . . . ▶ ☐
     ▶ ....................................

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**    Cat. No. 16375I    Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)                                                                                          Page 2

**Part V**   **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | a.m. p.m. | Place of other proceedings |
|---|---|---|---|---|

**Part VI**   **Signature**

Please
Sign
Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer

▶ _____  Fiduciary's signature          Title, if applicable          Date

Form **56** (Rev. 7-2004)

AFV~DENIED~817,061
Solicitation Attempt To Defraud

U.S. DISTRICT COURT
**N.D. OF N.Y.**
**FILED**

Ed-George for the family Parenteau
General post office
Smyrna, New York; republic
Non Domestic without the US

JUL  0 6  2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | In Admiralty |
| Plaintiff | ) | Account Number 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 |
|  | ) |  |
|  | ) | COMMERCIAL NOTICE |
| v. | ) | APPOINTMENT OF |
|  | ) | FIDUCIARY CREDITOR AND |
|  | ) | DEBTOR |
| ED GEORGE PARENTEAU | ) |  |
| Respondent/Defendant | ) | CASE # 1:10-cr-0320 |
|  |  |  |
| Ed-George; Parenteau Sui Juris, agent, | ) |  |
| lawful man, secured party creditor, injured | ) |  |
| third party intervener. NO hearing required ) |  |  |
|  | ) |  |

_COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR AND CREDITOR_

COMES NOW Ed-George for the family Parenteau a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, who is unschooled in law and notices this court with enunciation of principles as stated in _Haines v. Kerner_, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, Ed-George for the family Parenteau "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as ED GEORGE PARENTEAU, a.k.a. E. PARENTEAU, ED PARENTEAU, ED G. PARENTEAU, E.G. PARENTEAU, or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc 03/20/1959 C.E., said entity having as it's trustee

---

the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, Ed-George for the family Parenteau, "Third Party Interest Intervener," hereby nominate and do appoint the Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT as being qualified to fulfill the position of "Fiduciary Creditor" and Fiduciary Debtor" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the People of the Territory of new York, through their original Organic Constitutions of New York state.

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Ed-George for the family Parenteaua, "Third Party Interest Intervener," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge settle and close all matters material to above referred (Debtor) in all-capital letter-assemblages, the same shall be by order of Ed-George for the family Parenteau, "Third Party Interest Intervener" or other delegated appointee of Ed-George for the family Parenteau, "Third Party Interest Intervener," including assignments for or on behalf of the principal (Debtor), ED GEORGE PARENTEAU, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment only, faithfully, specially under this appointment.

Fiduciary Creditor, Honorable David R. Homer a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT, is hereby authorized to use the private exemption of Ed-George for the family Parenteau, i.e. ED GEORGE PARENTEAU, 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, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. The Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, Ed-George for the family Parenteau, "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

_____

Ed-George for the family Parenteau
Third Party Interest Intervener,
Authorized Agent For
ED GEORGE PARENTEAU, (ens legis)

DATE: 07/04/2010

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if they will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 USC §1746

Signed on this the second day of the seventh month in the year of our Lord and Savior two thousand ten.

Enclosures:
Fiduciary form 56

RESPECTFULLY SUBMITTED,

_(Signature)_

Ed-George for the family Parenteau
Party Interest Intervener,
Authorized  Agent For:
ED GEORGE PARENTEAU, (ens legis)

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |
|---|---|

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| ED GEORGE PARENTEAU | 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 | |

Address of person for whom you are acting (number, street, and room or suite no.)
**GENERAL POST OFFICE**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Symrna, New York**

Fiduciary's name
**David R. Homer et al, Judge US District Court of Northern New York**

Address of fiduciary (number, street, and room or suite no.)
**445 Broadway**

City or town, state, and ZIP code
**Albany, New York**

Telephone number (optional)
( )

*[Watermark diagonally across form: REV. DENIED ~817,061 Solicitation Attempt To Defraud]*

| Part II | Authority |
|---|---|

1  Authority for fiduciary relationship. Check applicable box:
   - a(1) ☐ Will and codicils or court order appointing fiduciary  (2) Date of death _____
   - b(1) ☐ Court order appointing fiduciary  (2) Date (see instructions) _____
   - c ☐ Valid trust instrument and amendments
   - d ☑ Other. Describe ▶ **Appointment of fiduciary**

| Part III | Nature of Liability and Tax Notices |
|---|---|

2  Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ _____
3  Federal tax form number (706, 1040, 1041, 941, etc.) ▶ _____
4  Year(s) or period(s) (if estate tax, date of death) ▶ _____
5  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . ☐
6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable _____
_____

| Part IV | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
   - a ☐ Court order revoking fiduciary authority
   - b ☐ Certificate of dissolution or termination of a business entity
   - c ☐ Other. Describe ▶

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
b  Specify to whom granted, date, and address, including ZIP code.
   ▶ _____

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
   ▶ _____

For Paperwork Reduction Act and Privacy Act Notice, see back page.   Cat. No. 16375I   Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)

Page **2**

**Part V**   **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | Date proceeding initiated | |
| Address of court | | | Docket number of proceeding | |
| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
| | | | p.m. | |

**Part VI**   **Signature**

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____    _____    _____
Fiduciary's signature          Title, if applicable       Date

Form **56** (Rev. 7-2004)

AFV~DENIED~817061
Solicitation Attempt To Defraud

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK**

_USA_____,                )
       Plaintiff(s)                )
                                    )
                                    )
   v.                              )   CASE NO. _10 - C K - 320_
                                    )   U.S. DISTRICT COURT
_ED -GEORGE; PARENTEAU_              )   N.D. OF N.Y.
       Defendant(s)                )   FILED
                                    )
                                    )   JUL 1 2 2010

**REQUEST FOR TRANSCRIPT**   LAWRENCE K. BAERMAN, CLERK
                                              ALBANY

TO:_____ Court Reporter / Transcriber.

    Notice is hereby given that an official transcript of a proceeding has been requested of the following portion(s) of the proceeding[1]

_ENTIRE  PROCESS _____ 7/7/10_
_____

    The party requesting the transcript must also provide the Court Reporter / Transcriber with a FORM AO 435 Transcript Order[2]. This form is available on the Court's website at www.nynd.uscourts.gov..

    Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/.

                  S/ _____, AGENT
            ~~Attorney~~ for_____
            ~~NDNY Bar Roll #~~_____
            Address: _PO  BOX  771_
            _STONE RIDGE, New York._

---

[1]Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2]For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher form and have it approved by the presiding judge prior to filing this form.

## Certificate of Service

I hereby certify that on _____7/9/10_____ , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

_____,

and that I mailed by United States Postal Service the document to the following non CM/ECF participants: _____T. CAPEZZA_____.

S/ _____, AGENT

ndny notice of filing of official transcript 1/16/06

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,
    Plaintiff

   v.                   **CASE NO.  10-CR-320**

ED GEORGE PARENTEAU,
    Defendant

**REQUEST FOR TRANSCRIPT**

TO:_____, Court Reporter/Transcriber.

    Notice is hereby given that an official transcript of a proceeding has been requested of the following portion(s) of the proceeding:   Entire proceeding of 7/7/2010 Status of self-representation

    The party requesting the transcript must also provide the Court Reporter/Transcriber with a FORM AO 435 Transcript Order. This form is available on the Court's website at www.nynd.uscourts.gov .

    Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit Webpage at http://www.ca2.uscourts.gov/ .

                                   S/   Thomas A. Capezza____
                                   Attorney for <u>United States of America</u>
                                   NYND Bar Roll# <u>503159</u>
                                   Address: <u>445 Broadway, Rm 218</u>____
                                   <u>Albany, NY 12207</u>_____

---

    [1]Upon filing of the office transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction.  For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

    [2]For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher for and have it approved by the presiding judge prior to filing this form.

## Certificate of Service

I hereby certify that on July 13, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

and that I mailed by United States Postal Service the document to the following non CM/ECF participants: Ed George Parenteau
      PO Box 771
      Stone Ridge, NY

AFV~DENIED~817.061
Solicitation Attempt To Defraud

1

2   Ed-George for the family Parenteau, Sui Juris

3   *In Propria Persona*

4   All Rights Reserved Without Prejudice

5

6

7   **IN THE UNITED STATES DISTRICT COURT**

8   **FOR THE NORTHERN DISTRICT OF NEW YORK**

9

10   UNITED STATES OF AMERICA,[sic]

11                                 Plaintiff[sic]

12

13        v.

14

15   ED GEORGE PARENTEAU[sic]

16

17                                 Defendant. [sic]

18   _____

19

20

21

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 1 5 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

)   CASE # 10-CR-0320 (TJM)
)
)   NOTICE OF MOTION AND
)   MOTION TO DISMISS
)   DUE TO ILLEGAL GRAND JURY
)   PROCEEDINGS
)   28 U.S.C. 1867
)   Rule 6 (b) (2), Federal Rules of
)   Criminal Procedure
)
)
)
)

I Ed-George for the family Parenteau, am a sovereign, sui juris, free white man, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. Appear by special visitation and not appearing generally, as a Secured Party Creditor, and Sui Juris, before this court. I have personal knowledge of the matters stated herein, am over the age of majority, and

Motion to Dismiss for Illegal Grand Jury Proceedings Page **1** of **12**

1

2    hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460

3    US 325.

4

5
_____

6       COMES NOW Ed-George for the family Parenteau, *Sui Juris*, Inhabitant of the New

7    York, republic, expressly not a citizen of the United States ("federal citizen"), and

8    Defendant   in   the   above entitled   matter (hereinafter "Defendant"), to move this

9    honorable Court to dismiss the instant case with prejudice, due to improper seating and

10   improper conduct of the  federal grand  jury which  issued the indictment on which the

11   instant case is premised, and to provide formal Notice to all interested party(s) of same.

12

13      This honorable Court will please take formal judicial Notice of the fact that

14   Defendant is not a bar-licensed attorney, and has not had the advantage(s) of formal

15   education in an accredited law school.  For this reason, Defendant must learn and digest

16   the particulars of law and procedure independently, as time permits.

17

18      Therefore, this Motion is timely because the proper workings of the federal grand

19   jury system have only recently been deciphered. The seven-day time limit for filing

20   motions related to improper grand jury  procedure(s) does  not apply in  the  instant

21   case, particularly when  due process Rights  guaranteed by  the  U.S. Constitution is at

22   issue.   Even with the statutory time limit, this Motion  is timely  because it  is being

23   filed as  soon as possible after  discovery of  the rules  according to  which a federal

24   grand  jury  is  required to  proceed.   Moreover, related statutory provisions have only

25   recently been unraveled to clarify the grounds and the precise manner in which this

      Motion is required to be prepared and submitted to this honorable Court.

26

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

     The key provision which demonstrates that Defendant should have been notified of an investigation and proceedings, premised upon allegations of complaint prior to the grand jury having been convened, is found at Rule 6(b)(1) of the Federal Rules of Criminal Procedure, to wit:

> (1) Challenges.   The attorney for the government or a
> defendant who has been held to answer in district court may
> challenge the array of jurors on the ground that the grand
> jury was not selected, drawn or summoned in accordance with
> law, and may challenge an individual juror on the ground
> that the juror is not legally qualified.   Challenges shall
> be made before the administration of the oath to the jurors
> and shall be tried by the court.
>                    [emphasis added]

     By failing properly to notify the Defendant of allegations of complaint and intent to present matters to a grand jury for consideration, the United States Attorney effectively deprived Defendant of:   (1) the Fourth Amendment Right to have access to affidavits of complaint;   (2) the Sixth Amendment Right to interview witnesses against him;   (3) the Sixth Amendment Right to have the assistance of Counsel during the proceedings;   and (4) the Right to challenge the jury selection process and/or the qualifications of individual jury candidates.

     In the grand jury forum, prospective defendants enjoy Rights articulated in Rule 5.1(a), Federal Rules of Criminal Procedure, pertaining to preliminary examinations, to wit:

     The defendant may cross-examine adverse witnesses and may introduce evidence. [Rule 5.1(a), Federal Rules of Criminal Procedure]

1

2          This Court will also please take formal Notice that the Federal Rules of

3   Evidence, which are otherwise restrictive, do not apply to preliminary hearings or to

4   grand jury proceedings. See Rule 1101(d) (2) and (3), Federal Rules of Evidence.

5          Accordingly, the applicable elements of the common law and constitutionally

6   guaranteed Rights are both preserved in these two forums. According to the U.S.

7   Supreme Court's decision in Blair v. United States, 250 U.S. 273, 282 (1919), the grand

8   jury retains common law powers and authority vested by common law of English-

9   American lineage prior to the ratification of the U.S. Constitution. The reason for the

10  preservation of the grand jury's traditional authority, with the exclusion provision at

11  Rule 1101(d)(2), is found at 28 U.S.C. 2072, which conveys authority for the U.S.

12  Supreme Court to promulgate rules for statutory courts of the United States, to wit:

13       (b) Such rules shall not abridge, enlarge or modify any
         substantive right. All laws in conflict with such rules
14       shall be of no further force or effect after such rules have
         taken effect.

15

16

17         Therefore, convening a grand jury in secret, without affording Defendant an

18  opportunity to challenge the jury selection process or the qualifications of the

19  individual jurors, and to exercise Fourth and Sixth Amendment Rights to have access to

20  the substance of complaints, to interview adverse witnesses, and either stand in

21  Defendant's own stead or be represented by counsel, defaults the alleged indictment

22  into an action ultra vires ab initio (without authority from the beginning). The entire

23  grand jury array must be defaulted, therefore, and the indictment dismissed, pursuant to

24  28 U.S.C. 1867(d), to wit:

25       (d) Upon motion filed under subsection (a), (b), or (c) of
         this section, containing a sworn statement of facts which,
26       if true, would constitute a substantial failure to comply
         with provisions of this title .... If the court determines
27       that there has been a substantial failure to comply with the

         Motion to Dismiss for Illegal Grand Jury Proceedings Page **4** of 12

1

2     provisions of this title in selecting the grand jury, the
      court shall stay the proceedings pending the selection of a
3     grand jury in conformity with this title or dismiss the
      indictment, whichever is applicable.

4                         [emphasis added]

5

6         Where the instant case is concerned, the alleged indictment must be dismissed

7     because the entire selection and seating process was conducted under the exclusive

8     control of the United States Attorney, without the Defendant having had the opportunity

9     to participate in the selection and qualification process, as prescribed by Rule 6(b)(1)

      of the Federal Rules of Criminal Procedure.

10

11

12        This, of necessity, defaults all members of the grand jury responsible for the

13    alleged indictment, because a posteriori position does not afford the opportunity to

      correct an error which abridges the provisions of Rule 6(b)(1) of the Federal Rules of

14    Criminal Procedure.

15

16        Defendant's Affidavit of Facts, as required by 28 U.S.C. 1867(d), follows the

      PROOF OF SERVICE attaching to this Motion.

17

18

19                         REMEDY REQUESTED

20

21        Premises considered, Defendant moves this honorable Court to dismiss the

22    indictment with prejudice, said dismissal being mandated by the operation of law.

23

      In order to release, absolve and purge this accusation, Defendant motions the court to
24
      enter an order for acquittal of the indictment due to the illegal actions of the Grand Jury.
25
      An indictment by a Grand Jury cannot be made unless there is proof "beyond a
26
      reasonable doubt", how can there be proof beyond a reasonable doubt when the facts
27
      have only been heard from one side, and should preclude all reasonable hypothesis's that

                  Motion to Dismiss for Illegal Grand Jury Proceedings Page **5** of 12

1
2
3
4

have been made and examined" It must be proof "to a reasonable and moral certainty" that convinces and directs the understanding and satisfies reason of judgment of those who are bound to act conscientiously upon it. It forces a man or woman to give pause and hesitation to act upon the truth of the matter charged.

5
6
7
8

How can the men and women of the Grand Jury, make any reasonable and moral determinations that give pause and hesitation to the charges without weighing both sides of the parties oaths, affirmations, acts, omissions, evidence, discovery and interrogatories?

9
10
11

VERIFICATION

12
13
14
15
16

Defendant hereby verifies under penalty of perjury, under the laws of the United States of America, without the "United States", that the above statement of facts is true and correct, and all matters of law addressed herein are accurate and true, to the best of Defendant's current information, knowledge, and belief, so help Me God, pursuant to 28 U.S.C. 1746(1).

17
18

Executed on 07/ /2010:

19
20
21

Ed-George for the family Parenteau, *Sui Juris*
New York republic

22
23

All Rights Reserved without Prejudice

24
25
26
27

1

2

3

## PROOF OF SERVICE

I, Ed-George for the family Parenteau, *Sui Juris,* hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States", that I am at least 18 years of age and a Citizen of one of the united States of America states, and that I personally served the following document(s):

NOTICE OF MOTION AND MOTION TO DISMISS
DUE TO ILLEGAL GRAND JURY PROCEEDINGS
28 U.S.C. 1867; Rule 6(b) (1),
Federal Rules of Criminal Procedure

AFFIDAVIT OF FACT:
28 U.S.C. 1746(1); 1867(?)

by placing said document(s) and exhibit, in first class United States Mail, with postage prepaid and properly addressed to the following individuals:

Solicitor General
Department of Justice
10th and Constitution, N.W.
Washington, D.C.

Office of United States Attorney
THOMAS A. CAPEZZA
445 Broadway
Albany, New York (12207)
New York, republic

Executed on 07/11/2010:

Ed-George for the family Parenteau, *Sui Juris*
New York, republic

All Rights Reserved without Prejudice

Motion to Dismiss for Illegal Grand Jury Proceedings Page **7** of **12**

1

2

3    Ed-George for the family Parenteau, Sui Juris

4    *In Propria Persona*

5
     All Rights Reserved Without Prejudice
6

7            **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE NORTHERN DISTRICT OF NEW YORK**

9

10                                          CASE #1:10-CR-0320 (TJM)
     UNITED STATES OF AMERICA,[sic]        )
11                                          )
                   Plaintiff,[sic]          )
12                                          )
13                                          )    AFFIDAVIT OF FACTS
                                            )    28 U.S.C 1746(1), 1867(d)
14         v.                               )
     ED GEORGE PARENTEAU,[sic]              )
15                                          )
                                            )
16         Defendant.[sic]                  )
                                            )
17   ─────────────────────────────────────
18            **AFFIDAVIT OF FACTS 28 U.S.C 1746(1), 1867 (d)**

19   ────────────────────────────────────────────────────────────

20       COMES NOW Ed-George for the family Parenteau, *Sui Juris*, inhabiting on the New
     York republic, expressly not a citizen of the United States ("federal citizen"), and
21   Defendant in the above entitled matter (hereinafter "Defendant"), to submit this,
     Defendant's AFFIDAVIT OF FACTS.
22

23                              VERIFICATION

24       Defendant hereby  verifies, under  penalty of perjury, under the laws  of the

25   United States of America, without the "United States", that the following statement of

26   facts is  true  and correct, and all matters of law addressed herein are accurate and true,

27

                 Motion to Dismiss for Illegal Grand Jury Proceedings Page **8** of **12**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

to the best of Defendant's current information, knowledge, and belief, pursuant to 28 U.S.C. 1746(1).

I am a state national of the New York, republic, which is one of the several states party to the Constitution for the united States of America, as lawfully amended (hereinafter "U.S. Constitution").

I inhabit and live on Chenango county, 3rd judicial district, ens, New York, republic, on privately owned land which is not within any federal enclave or federal area, as ceded to the United States (federal government) in compliance with 40 U.S.C. 255. See also 18 U.S.C. 7(3).

As such, I am endowed by My Creator with certain unalienable Rights, and I am entitled to all Rights secured by the U.S. Constitution, particularly with respect to due process of law provisions articulated in the Fourth, Fifth, Sixth, and Seventh Amendments to said Constitution.

I attest that I was never served with actual notice of any grand jury investigation concerning allegations made in the alleged indictment(s) filed in the instant case.

I attest that I was never present, nor was I represented by counsel, when the grand jury was drawn and seated and, therefore, I did not have the opportunity to challenge the grand jury qualification or seating process before the fact, as prescribed by Rule 6(b)(1) of the Federal Rules of Criminal Procedure.

I attest that I was never provided with copies of any valid affidavits of complaint, as required by the Fourth Amendment, nor did I have an opportunity to confront witnesses against Me, as assured by the Sixth Amendment.

I attest that I was never provided the opportunity to present evidence to the grand jury once convened, nor to call witnesses on My behalf.

Motion to Dismiss for Illegal Grand Jury Proceedings Page **9** of **12**

1

2

3

4

     I attest that the first knowledge I had of any such proceedings was conveyed to Me by means of a non 4th amendment arrest warrant and no summons from the office of the Clerk of the United States District Court, no summons or indictment were ever sent from the Clerk of the United States District Court.

5

     I am not PRO SE or representing myself, I am myself.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

     I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me of facts I will sincerely make every effort to amend my ways. I hereby and hereat reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counter affidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations.  Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.  May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

21

22

     I pray to our Heavenly Father and not this court that justice be done.

23

24

25

## Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever,

26

27

# 28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  28 USC §1746

Signed on this the first day of the seventh month in the year of our Lord and Savior two thousand ten.

Executed on 07/11/2010:

Ed-George for the family Parenteau, Sui Juris
New York, republic

All Rights Reserved without Prejudice

Motion to Dismiss for Illegal Grand Jury Proceedings Page **11** of **12**

1

2

**Proof and Evidence of Service**

3

*I*, Ed-George for the family Parenteau: *declare that I served by filing one copy of the "AFFIDAVIT &*
*Motion to Dismiss" by* "hand-delivered by private carrier-service on "USDC of Northern NY" sent by post-
office-first class-mail AND OR CERTIFIED MAIL *to the following:*

4

5

| THOMAS A. CAPEZZA | USDC OF NORTHERN NY |
|---|---|
| Assistant U.S. Attorney Bar #503159 | COURT CLERK |
| 445 Broadway, Room 509 | 445 Broadway, Room 509 |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

6

7

8

9

10

Ed-George for the family Parenteau
07/11/2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO**

26

**THE PRINCIPAL IS NOTICE TO THE AGENT**

27

Motion to Dismiss for Illegal Grand Jury Proceedings Page **12** of **12**

Case 1:10-cr-00320-TJM   Document 21   Filed 07/27/10   Page 84 of 94
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 1 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 1 of 6

Ed-George for the family Parenteau
General post office
Smyrna, New York; republic
Non Domestic without the US

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 0 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ED GEORGE PARENTEAU<br>Respondent/Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | In Admiralty<br>Account Number 1xxxx-7401<br><br>COMMERCIAL NOTICE<br>APPOINTMENT OF<br>FIDUCIARY CREDITOR AND<br>DEBTOR<br><br>CASE # 1:10-cr-0320 |

Ed-George; Parenteau Sui Juris, agent,
lawful man, secured party creditor, injured
third party intervener. No hearing requested )

*[Stamp overlay: "APPLICATION DENIED 87.061 — Solicitation Attempt to Defraud"]*

## COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR AND CREDITOR

COMES NOW Ed-George for the family Parenteau a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, who is unschooled in law and notices this court with  enunciation of principles as stated in *Haines v. Kerner,* 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, Ed-George for the family Parenteau "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as ED GEORGE PARENTEAU, a.k.a. E. PARENTEAU, ED PARENTEAU, ED G. PARENTEAU, E.G. PARENTEAU, or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc 03/20/1959 C.E., said entity having as it's trustee

the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, Ed-George for the family Parenteau, "Third Party Interest Intervener," hereby nominate and do appoint the Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT as being qualified to fulfill the position of "Fiduciary Creditor" and Fiduciary Debtor" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the People of the Territory, of new York, through their original Organic Constitutions of New York state.

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Ed-George for the family Parenteaua, "Third Party Interest Intervener," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of Ed-George for the family Parenteau, "Third Party Interest Intervener" or other delegated appointee of Ed-George for the family Parenteau, "Third Party Interest Intervener," including assignments for or on behalf of the principal (Debtor), ED GEORGE PARENTEAU, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment fully, faithfully, specially under this appointment.

Fiduciary Creditor, Honorable David R. Homer a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT, is hereby authorized to use the private exemption of Ed-George for the family Parenteau, i.e. ED GEORGE PARENTEAU, 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, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. The Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, Ed-George for the family Parenteau, "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

Ed-George for the family Parenteau
Third Party Interest Intervener,
Authorized Agent for
ED GEORGE PARENTEAU, (ens legis)

DATE: 07/04/2010

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if you will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746

Signed on this the second day of the seventh month in the year of our Lord and Savior two thousand ten.

Enclosures:
Fiduciary form 56

RESPECTFULLY SUBMITTED;

_____
(Signature)

Ed-George for the family Parenteau
Party Interest Intervener,
Authorized Agent For:
ED GEORGE PARENTEAU, (ens legis)

*DENIED in its entirety.*

*David R. Homer*
*U.S. M. J.*
*7/20/10*

---

Fiduciary Appointment in Admiralty                                    Page 4

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I   Identification

Name of person for whom you are acting (as shown on the tax return)
**ED GEORGE PARENTEAU**

Identifying number
**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**

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**GENERAL POST OFFICE**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**Symrna, New York**

Fiduciary's name
**David R. Homer et al, Judge US District Court of Northern New York**

Address of fiduciary (number, street, and room or suite no.)
**445 Broadway**

City or town, state, and ZIP code
**Albany, New York**

Telephone number (optional)
(        )

### Part II   Authority

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . .   (2) Date of death ..................

b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . . . .   (2) Date (see instructions) ..................

c   ☐ Valid trust instrument and amendments

d   ☑ Other. Describe ▶ Appointment of fiduciary

### Part III   Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ..................................................

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ..................................................

4   Year(s) or period(s) (if estate tax, date of death) ▶ ..................................................

5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
    described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some (but not all)**
    of the items described on lines 2, 3, and 4, check here ▶  ☐ and list the applicable Federal tax form number and the year(s) or
    period(s) applicable
    ..................................................
    ..................................................

### Part IV   Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
    Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  ▶ ☐
    Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☐ Other. Describe ▶

#### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
     the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  .  .  .  .  .  .  .  ▶ ☐

b    Specify to whom granted, date, and address, including ZIP code.
     ▶ ..................................................

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
    specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  .  .  .  .  .  .  .  .  .  .  .  ▶ ☐
    ▶ ..................................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 7-2004)

SOLD AND DENIED~817.061 In Attempt To Defraud

Case 1:10-cr-00320-TJM   Document 21   Filed 07/27/10   Page 89 of 94

Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 6 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 6 of 6

Form 56 (Rev. 7-2004)

Page **2**

**Part V**   Court and Administrative Proceedings

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)

Date proceeding initiated

Address of court

Docket number of proceeding

City or town, state, and ZIP code

| | Date | Time | a.m. | Place of other proceedings |
| | | | p.m. | |

**Part VI**   Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Fiduciary's signature

Title, if applicable

Date

Form **56** (Rev. 7-2004)

AFV~DENIED~817.0061
Solicitation Attempt To Defraud

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------

UNITED STATES OF AMERICA

    v.

ED GEORGE PARENTEAU,

                    Defendant.

No. 10-cr-320
(TJM)
-------------------------------------------------

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

ORDER

    Defendant Ed George Parenteau ("Parenteau") was arrested and appeared before

the undersigned on June 22 and 23 and July 7, 21, and 22, 2010 upon an indictment

alleging conspiracy and mail fraud in violation of 18 U.S.C. §§ 2, 1341, and 1349.

Parenteau's conduct and demeanor during those appearances raises questions whether

he is presently competent to proceed on the pending charges or to conduct or participate

in his own defense. See United States v. Auen, 846 F.2d 872, 878 (2d Cir. 1988)

(holding that defendant's consistent exhibition of bizarre behavior and beliefs in court

proceedings, including persistent claim that compliance with the tax laws was voluntary

and claim that his detention was an outlaw act by the Government, provided reasonable

cause to warrant inquiry into defendant's competency, and failure to consider this issue

during pretrial and trial proceedings constituted an abuse of discretion); see also United

States v. Arenburg, 605 F.3d 164, 171-72 (2d Cir. 2010) (citing Auen and holding that

district court has an affirmative duty to order a competency hearing sua sponte when a

defendant exhibits "bizarre" or unusual behavior).

Here, among other things, Parenteau has repeatedly stated in court that he is entitled to be assisted by counsel who is not a lawyer, contends that the Court has no authority over him, contended at his arraignment that the entry of a plea of "not guilty" on his behalf[1] constituted a determination of his innocence mandating his release, and directed the Deputy United States Marshals to arrest the undersigned.  Such conduct suffices to provide reasonable cause for the Court to order an examination and hearing concerning Parenteau's competency.  Accordingly, it is hereby

ORDERED that:

1.  A hearing shall be held on a date to be scheduled to determine the mental competency of Parenteau to stand trial and to conduct and participate in the preparation of his defense;

2.  Pursuant to 18 U.S.C. § 4241(b), a psychiatric or psychological examination of Parenteau shall be conducted prior to said hearing and a report of that examination shall be filed with the Court and served upon counsel for both parties and Parenteau pursuant to 18 U.S.C. § 4247(b) and (c);

3.  In accordance with 18 U.S.C. § 4247(b), Parenteau is committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility for the conduct of the psychiatric or psychological examination; and

4. Pursuant to 18 U.S.C. 3161(h)(1)(A), the period from July 22, 2010 to the date of the ruling on the competence of Parenteau to stand trial or to conduct or participate in the preparation of his defense shall be excluded from calculations under the Speedy

---

[1]Parenteau refused to enter a plea himself.

2

Trial Act.

**IT IS SO ORDERED**.

Dated: July 22, 2010
       Albany, New York

_David R. Homer_
United States Magistrate Judge

AFV~DENIED~817.061
Sollcitation Attempt To Defraud

3

**Full docket text:**
Speedy Trial time as to Ed George Parenteau : Time excluded from 6/23/2010 until 7/7/2010. Minute Order by Magistrate Judge David R. Homer on 6/23/2010. (cjm )

**Full docket text:**
Text Minute Entry (FTR Recorded: 1:39PM-2:00PM) for proceedings held before Magistrate Judge David R. Homer: Appearances: Richard Belliss for government; defendant appears unrepresented.Detention Hearing as to Ed George Parenteau held on 6/23/2010. FBI is to provide status on returning Dell laptop on 7/7/2010. Bail set at $10,000 PRB secured by cash or U.S. property. Order excluding Speedy Trial time from 6/23/2010 - 7/7/2010 under 18 U.S.C. 3161. Arraignment set for 7/7/2010 01:30 PM in Albany before Magistrate Judge David R. Homer. Attorney Appointment Hearing set for 7/7/2010 01:30 PM in Albany before Magistrate Judge David R. Homer. Defendant remanded until conditions met. (CRD: Cindy Mafose) (cjm )

**Full docket text for document 12:**
TEXT ORDER TO CONTINUE - Ends of Justice as to Ed George Parenteau Time excluded from 7/7/10 until 7/21/10 on the order by David R. Homer, USMJduring 7/7/10 attorney appointment proceeding with defendant present and upon motion of AUSA Capezza. (cjm, )

Numbers 17:3 & 35(a), the following private people, habitants, neutrals, non-combatants, creditors have no "si of" been paid any "money" (Deut. 28:13-16) since 1983 A.D.; (2) have no "borrowed any money" since 1983 A.D.; (3) have they been in possession of any all 'land, a Sovereign to land as equat ed in: all affidavits defaults pursuant to Leviticus chapter 925 " with no exceptions, Caveat Emptus -- No force Majeur -- Unless any 4 ...; op ... 1, st. 2.

*// Allegiance up ...*
*... Cit, 1985 U.*

*Ed-berry: Pherenter*

Let Treaty 1929, Item 1, s.2, Rev. 28:34) - All Rights Reserved Signed - vizrech - sealed on red thumbprint

*without ...*
*... without ...*

*... without ...*