UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA

                                                                                                                               **No. 1:10-CR-320**
                                                                                                                                 (TJM/DRH)

vs.

ED GEORGE PARENTEAU

_____


## ORDER TO STRIKE

      **IT IS HEREBY ORDERED**, that the CROSS FILE , DKT #21 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below.  Because Defendant's submission is being stricken from the docket, it will not be considered by the Court.

1.     The papers are ordered stricken as they are not authorized by the Federal Rules of Criminal Procedure and do not pertain to any matter in this case.

SO ORDERED,

DATED:     July 27, 2010
                  Albany, NY

                                                              */s/ David R. Homer*
                                                              David R. Homer
                                                              U.S. Magistrate Judge