UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

United States of America

    -vs.-                                                      Case No.  **1:10-CR-320**

Ed George Parenteau

      Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

      It is hereby **ORDERED** that:

      The Office of the Federal Public Defender for the Northern District of New York is appointed as stand-by counsel of the above-named defendant and shall file a notice of appearance with the Clerk of Court. Defendant will also be served a hard copy by mail of all docketed documents.

Dated: July 21, 2010
at Albany, New York

                                              */s/ David R. Homer*
                                            David R. Homer
                                            U.S. Magistrate Judge