U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 1 0 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES BANKRUPT LEGAL FICTION Plaintiff, [sic] § § § § § § § § | CASE #10-CR-320 (TJM) |
| V. | |
| Ed-George:Parenteau ~~[redacted]~~ Victim of Fraud | AS PRESENTED BY AFFIDAVIT OF Ed-George:Parenteau |

STATE OF NEW YORK
ALBANY COUNTY

I, Ed-George:Parenteau, am a man upon the land, a follower of Yahshua the Messiah in the laws of The Almighty Supreme Creator, Yahvah first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my yea be yea, and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325.

1. I attest that the alleged Plaintiff [sic] has failed to meet nor perduce a Lawful Bill of Rights, fourth amendment warrant and affidavit for the seizure of Ed-George: Parenteau, and

2. I attest I have been denied a probable cause evidentiary hearing/examining trial within 48 hours pursuant to Riverside v. McLaughlin, 500 U.S. 44, and my right to assistance of counsel, and due process have been violated and I am unlawfully held by means of legal coercion because once due process is denied all jurisdiction ceases as per your very own 5 U.S.C. 556(b), 557, 706 whereby any alleged jurisdiction has already been voided by the denial of due process as documented herein, and

3. I attest that the alleged "AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT" is not signed by a man or woman under penalty of perjury, and has false, untrue, fabricated statements and information within it such as the statements made on Page 3 its

"BACKGROUND ON THE SOVEREIGN CITIZEN MOVEMENT" the fact that the F.B.I. alleged agent Christopher F. West states such groups may exist does not warrant evidence that a crime has been committed, and on page 5 #6 "DETAILS OF THE CURRENT INVESTIGATION" the fact that the F.B.I. alleged agent Christopher F. West states such information may exist does not warrant evidence that a crime has been committed, and on page 19 #21 "ANALYSIS OF PEN REGISTER DATA" the fact that the F.B.I. alleged agent Christopher F. West states such information may exist does not warrant evidence that a crime has been committed, and

4. I attest that F.B.I. alleged agent Christopher F. West, Raymond Nuckey, and others unknown, and UNITED STATES NORTHERN DISTRICT OF NEW YORK ATTORNEYS RICHARD S. HARTUNIAN, RICHARD D. BELLISS and others unknown have filed fabricated, false, fraudulent papers, statements and documents for an improper purpose (sham legal process) with the illegal Grand Jury proceedings pursuant to Blair v. U.S. 250 U.S. 273, 282 held in secret to mislead the Grand Jury and this court into depriving and denying my rights, due process, notice and opportunity to answer and address the Grand Jury and many others, and has created fraud upon this court, as associates in fact by acting in concert with each other, and

5. I attest that the alleged complaints case #(09030152, 09033621, 2009-1072) at the alleged TOWN OF LLOYD COURT was closed on May 11, 2009 by the COURT Clerk's entry of default entered against "THE PEOPLE OF THE STATE OF NEW YORK" that made the matter now closed, made the matter now closed, made the matter now closed, and the alleged JUDGE EUGENE J. RIZZO is acting in violation of the same court clerk's default, and

Ed-George: Parenteau sui juris
unlawfully held at
Albany County Jail
840 Albany Shaker Road
Albany, New York [12211]

August 7, 2010



Albany County
Correctional Facility
840 Albany Shaker Road
Albany, NY 12211-1088

Ed-berge: (for the family Patrentecy)
Unlawfully held hostage at
Albany County Jail
840 Albany Shaker Road
Albany, New York [12211]

Court Clerk
United States District Court
For the Northern District of
New York
445 Broadway
Albany, New York [12207]

Legal Court
Papers