Ed-George: (for the family Parenteau) Sui Juris
in Propria Persona
All Rights Reserved without Prejudice

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
AUG 1 0 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA [sic] Plaintiff, [sic] v. ED GEORGE PARENTEAU, [sic] Defendant [sic] | CASE #1:10-CR-0320 (TJM) Objections with supporting Affidavit of Facts attached |

(1) Comes Now Ed-George: (for the family Parenteau), Sui Juris, inhabiting on the New-York-Republic, expressly not a citizen of the United States, and Defendant in the above entitled matter hereinafter "Sui Juris" to submit this objections, and hereby verifies under penalty of perjury, under the laws for the United States of America, without the "United States", that the following statements, facts are true and correct, and all matters pertaining to Law addressed herein are accurate and true, to the best of "Sui Juris" current information, knowledge, and belief, pursuant to 28 U.S.C. 1746(1).

(2) This written objections are timely and in support to the stated objections made on the court record on June, 22 2010 July 7, 21, and 22 2010, and

(3) I "Sui Juris" ~~object to~~ objecting object to Judge David R. Homer failed or refused to rule at the time I objected on June 22, 2010 on the court record to the challenging the jurisdiction of the plaintiff and the court pursuant to Maine v. Thiboutot 100 S. Ct. 2502, and Hagens v. Lavine, 415 U.S. 533, note 3 "once jurisdiction is challenged, it must be proven", and Morrell v. Dept of Social Service of City of N.Y., 436 U.S. 663; U.S. v. Idole 3 Ct. 9, 3 L. Ed. 471, and Thompson v. Toimie, 2 Pet. 157, 7 L. Ed. 381; Griffith v. Frazier, 8 Ct. 9, 3 L. Ed. 471, and

4) I "sui juris" object to Judge David R. Homer failing or refusing to rule on my statement "I deny that I am public property, and I object to being deemed public property by any public entity or person" on the court record July 7, 2010, and

5) I "sui juris" object to Judge David R. Homer failing or refusing to rebut or answer or to rule on my question "Is there a Trustee here?" on July 7, 2010, on the court record as no one answered, and

6) I "sui juris" object to Judge David R. Homer failing, refusing, to rule on my statement "With no trustee here there is no Party here that can state a claim in which relief can be granted" and "Is there any objection to closing this matter permanently?" on July 7, 2010 on the court record as no one answered, objected, rebutted, and

7) I "sui juris" object to Judge David R. Homer failing, refusing to rebut or answer or rule on my statement "This matter is closed by beneficiary's order" on the court record July 7, 2010, and

8) I "sui juris" object to Judge David R. Homer failing or refusing to rule on my statement, objection "You have denied me my liberty without due process, denied me assistance of counsel of my choice by stating for the record July 7, 21 2010 I must utilize only an Attorney at law approved by this court, which is contrary to the Constitution for the United States of America?", and

9) I "sui juris" object to Judge David R. Homer failing or refusing to rule on my objection "Are you (Judge) not deliberately negligenting in not allowing me due process of Law with intent for reckless disregard of the Law for my continued incarceration without trial? which has not been addressed, and

10) I "sui juris" object to Judge David R. Homer failing or refusing to rule on my objection on the court record July 21, 2010 " Judge Homer as you know, the cornerstones of due process are notice and opportunity was I not denied both notice and opportunity to answer the Grand Jury indictment that was purported to have been convened against me" which has not been addressed, and

PAGE 2 of 2

(11) I "sui juris" object to Judge David R. Homer failing or refusing to give me a evidentiary hearing Trial within 48 hours pursuant to Riverside V. McLaughlin 500, U.S. 44, and

(12) I "sui juris" object to Judge David R. Homer attempting to force me to accept a attorney at law approved by the court to make me a ward of the court which is contrary to the Constitution for the united states of America, and

(13) I "sui juris" object to Judge David R. Homer refusing to releasing me from Albany County Jail and the custody of the United States marshals after making on the court record on July 21, 2010 a judicial ruling/order of not guilty on all charges by finding me not guilty on all charges, and

(14) I "sui juris" object to being unlawfully held in voluntary servitude under color of law, and being aggravated kidnapping after Judge David R. Homer finding me not guilty of all charges on July 21, 2010, and

(15) I "sui juris" object to the unlawful acts of Judge David R. Homer ordering me kidnapped under color of law by ordering me held hostage at the Albany County Jail without any authority to do so, and

(16) I "sui juris" object to Judge David R. Homer completely depriving me due process by not giving me notice and opportunity and deprived me the ability to defend while Judge Homer was practicing medicine from the bench without a license for me to secure witnesses on my behalf when Judge Homer ordered me to have a mental evaluation on July 22, 2010 while I was defending my God given rights, and

Ed-George: Parenteau, sui juris
unlawfully held at Albany County
Jail 840 Albany Shaker Road
Albany, New York [12211]

August 3, 2010

Ed-George: (for the family Parenteau) sui Juris
In Propria Persona
All Rights Reserved without Prejudice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA [sic] <br> Plaintiff, [sic] <br> V. <br> ED GEORGE PARENTEAU, [sic] <br> Defendant, [sic] | CASE#1: 10-CR-0320 (TJM) <br> Affidavit of Facts pertaining to Judicial ruling/order Not guilty on July 21, 2010 by Judge David R. Homer on the court record, and Judge David R. Homer unlawful acts in open court on July 21, and 22 2010, and July 27, 2010 |

Affidavit of Facts Verification

1) I, Ed-George: (for the family Parenteau) sui Juris, inhabiting on the New-York-republic, expressly not a citizen of the United States, hereby verifies, under penalty of perjury, under the laws of the United States of America, without the "United States", that the following statements, facts are true and correct, and all matters pertaining to law addressed herein are accurate and true, to the best of my (Ed-George) current information, knowledge, and belief pursuant to 28 U.S.C. 1746(1).

2) I attest that on July 21, 2010 on the court record Judge David R. Homer made a judicial ruling/order of Not guilty on all charges thereby finding Defendant Not guilty of all charges, and Judge David R. Homer has refused to release me (Ed-George: Parenteau) who is being unlawfully held hostage at Albany County Jail.

3) I attest that I am being unlawfully held by involuntary servitude under color of law, and have been aggravated kidnapped by the unlawful acts of Judge David R. Homer, and U.S. Marshal, and Albany County Jail, without any authority to do so, and

4) I attest that on July 7, 2010 on the court record statements "is there a trustee here?" and "with no trustee here there is no party here that can state a claim in which relief can be granted. Is there any objection to closing this matter permanently?" and "This matter is closed by beneficiary's order." No answer nor objection was made by anyone. The matter was closed that day, and

5) I attest that Judge David R. Homer is attempting to force me to accept a Attorney at law approved by the court to make me a ward of the court, and

From Ed-George(for the family Parenteau)
Albany, New York

To: Magistrate Judge Homer
445 Broadway
Albany, New York

State of New York
Albany-County
Sworn to before me this
3rd day of August 2010.

_Edward C. Kennedy_
Notary witness

EDWARD C. KENNEDY
Notary Public, State of New York
No. 01KE6031505
Qualified in Albany County
Commission Expires October 04, 20 13

August 3, 2010

_Ed-George_
Ed-George: (for the family Parenteau)
Unlawfull held hostage at
Albany County Jail
840 Albany Shaker Road
Albany, New York [12211]

Affidavit of Facts
Page 3 of 3

**Proof and Evidence of Service**

I, Ed-George(for the family Parenteau) declare that I served by filing one copy of the "AFFIDAVIT" 3 pages objections 3 pages, and ~~Motion to Dismiss by hand delivery by private carrier~~-service on "USDC of Northern NY" sent by post-office-first class-mail ~~AND BY CERTIFIED MAIL~~ to the following: Judge David Homer

| THOMAS A. CAPEZZA | ~~USDC OF NORTHERN NY~~ Court Clerk |
|---|---|
| Assistant U.S. Attorney Bar #503159 or 515296 | ~~COURT CLERK~~ Judge David Homer |
| 445 Broadway, Room ~~900~~ 218 | 445 Broadway, ~~Room 509~~ Room |
| ALBANY, NEW YORK 12207 | ALBANY, NEW YORK 12207 |
| First class mail | First class mail |

_____
Ed-George(for the family Parenteau)
August 9, 2010

Please return a copy to Ed-George stamped filed. Thank You

Deeming this as a motion for reconsideration of the rulings cited herein, the motion is DENIED.

David R. Homer
U.S.M.J.
8/10/10

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO**

**THE PRINCIPAL IS NOTICE TO THE AGENT**

