U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 1 3 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

No. 1:10-CR-320
(TJM/DRH)

vs.

ED GEORGE PARENTEAU

---

### ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the CROSS FILE , DKT #21 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below.  Because Defendant's submission is being stricken from the docket, it will not be considered by the Court.

1.    The papers are ordered stricken as they are not authorized by the Federal Rules of Criminal Procedure and do not pertain to any matter in this case.

SO ORDERED,

DATED:      July 27, 2010
            Albany, NY

David R. Homer
U.S. Magistrate Judge



**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**



-------------------------------------------------------

UNITED STATES OF AMERICA

v.                                                     No.  10-cr-320
                                                            (TJM)

ED GEORGE PARENTEAU,

                          Defendant.

-------------------------------------------------------

**DAVID R. HOMER
U.S. MAGISTRATE JUDGE**

### ORDER

Defendant Ed George Parenteau ("Parenteau") was arrested and appeared before

the undersigned on June 22 and 23 and July 7, 21, and 22, 2010 upon an indictment

alleging conspiracy and mail fraud in violation of 18 U.S.C. §§ 2, 1341, and 1349.

Parenteau's conduct and demeanor during those appearances raises questions whether

he is presently competent to proceed on the pending charges or to conduct or participate

in his own defense.  See United States v. Auen, 846 F.2d 872, 878 (2d Cir. 1988)

(holding that defendant's consistent exhibition of bizarre behavior and beliefs in court

proceedings, including persistent claim that compliance with the tax laws was voluntary

and claim that his detention was an outlaw act by the Government, provided reasonable

cause to warrant inquiry into defendant's competency, and failure to consider this issue

during pretrial and trial proceedings constituted an abuse of discretion); see also United

States v. Arenburg, 605 F.3d 164, 171-72 (2d Cir. 2010) (citing Auen and holding that

district court has an affirmative duty to order a competency hearing sua sponte when a

defendant exhibits "bizarre" or unusual behavior).



Here, among other things, Parenteau has repeatedly stated in court that he is entitled to be assisted by counsel who is not a lawyer, contends that the Court has no authority over him, contended at his arraignment that the entry of a plea of "not guilty" on his behalf[1] constituted a determination of his innocence mandating his release, and directed the Deputy United States Marshals to arrest the undersigned.  Such conduct suffices to provide reasonable cause for the Court to order an examination and hearing concerning Parenteau's competency.  Accordingly, it is hereby

**ORDERED** that:

1.  A hearing shall be held on a date to be scheduled to determine the mental competency of Parenteau to stand trial and to conduct and participate in the preparation of his defense;

2.  Pursuant to 18 U.S.C. § 4241(b), a psychiatric or psychological examination of Parenteau shall be conducted  prior to said hearing and a report of that examination shall be filed with the Court and served upon counsel for both parties and Parenteau pursuant to 18 U.S.C. § 4247(b) and (c);

3.  In accordance with 18 U.S.C. § 4247(b), Parenteau is committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility for the conduct of the psychiatric or psychological examination; and

4. Pursuant to 18 U.S.C.  3161(h)(1)(A), the period from July 22, 2010 to the date of the ruling on the competence of Parenteau to stand trial or to conduct or participate in the preparation of his defense shall be excluded from calculations under the Speedy

---

[1]Parenteau refused to enter a plea himself.

2

Trial Act.

**IT IS SO ORDERED.**

Dated: July 22, 2010
       Albany, New York

_____
United States Magistrate Judge



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

United States of America

    -vs.-

Ed George Parenteau

Case No.  **1:10-CR-320**

      Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

      It is hereby **ORDERED** that:

      The Office of the Federal Public Defender for the Northern District of New York is appointed as stand-by counsel of the above-named defendant and shall file a notice of appearance with the Clerk of Court. Defendant will also be served a hard copy by mail of all docketed documents.

Dated: <u>July 21, 2010</u>
at <u>Albany</u>, New York

_____
     David R. Homer
     U.S. Magistrate Judge



Case 1:10-cr-00320-TJM   Document 26   Filed 08/16/10   Page 9 of 16
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 1 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 1 of 6

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

COPY

JUL. 0 6 2010

Ed-George for the family Parenteau
General post office
Smyrna, New York; republic
Non Domestic without the US

LAWRENCE K. BAERMAN, CLERK
ALBANY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | In Admiralty |
| Plaintiff | ) | Account Number 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 |
| | ) | |
| | ) | COMMERCIAL NOTICE |
| | ) | |
| v. | ) | APPOINTMENT OF |
| | ) | FIDUCIARY CREDITOR AND |
| | ) | DEBTOR |
| ED GEORGE PARENTEAU | ) | |
| Respondent/Defendant | ) | CASE # 1:10-cr-0320 |
| | ) | |
| Ed-George; Parenteau Sui Juris, agent, | ) | |
| lawful man, secured party creditor, injured | ) | |
| third party intervener. NO hearing requested | ) | |

### COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR AND CREDITOR

COMES NOW Ed-George for the family Parenteau a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, who is unschooled in law and notices this court with enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

### Appointment of Fiduciary

I, Ed-George for the family Parenteau "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as ED GEORGE PARENTEAU, a.k.a. E. PARENTEAU, ED PARENTEAU, ED G. PARENTEAU, E.G. PARENTEAU, or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc 03/20/1959 C.E., said entity having as it's trustee



Case 1:10-cr-00320-TJM   Document 26   Filed 08/16/10   Page 11 of 16
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 2 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 2 of 6

the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, Ed-George for the family Parenteau, "Third Party Interest Intervener," hereby nominate and do appoint the Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT as being qualified to fulfill the position of "Fiduciary Creditor" and Fiduciary Debtor" for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the People of the Territory, of new York, through their original Organic Constitutions of New York state.

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of Ed-George for the family Parenteaua, "Third Party Interest Intervener," the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of Ed-George for the family Parenteau, "Third Party Interest Intervener" or other delegated appointee of Ed-George for the family Parenteau, "Third Party Interest Intervener," including assignments for or on behalf of the principal (Debtor), ED GEORGE PARENTEAU, including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Fiduciary Creditor, Honorable David R. Homer a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT, is hereby authorized to use the private exemption of Ed-George for the family Parenteau, i.e. ED GEORGE PARENTEAU, 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, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. The Honorable David R. Homer et al a/k/a DAVID R. HOMER et al, Senior United States District Judge of the UNITED STATES DISTRICT COURT is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

Case 1:10-cr-00320-TJM   Document 26   Filed 08/16/10   Page 12 of 16
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 3 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 3 of 6

I, Ed-George for the family Parenteau, "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

_____

DATE: 07/04/2010

Ed-George for the family Parenteau
Third Party Interest Intervener,
Authorized  Agent For:
ED GEORGE PARENTEAU, (ens legis)

I am not an expert in the law however I do know right from wrong.  If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways.  I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined.  If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counteraffidavit, proving with particularly by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations.  Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.  May the will of our Heavenly Father Yahvah, through the power and authority of the blood of His Son Yahshua be done on Earth as it is in Heaven.


Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

Case 1:10-cr-00320-TJM   Document 26   Filed 08/16/10   Page 13 of 16
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 4 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 4 of 6

28 USC §1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 USC §1746
Signed on this the second day of the seventh month in the year of our Lord and Savior two thousand ten.

Enclosures:
Fiduciary form 56

RESPECTFULLY SUBMITTED;

_(Signature)_

Ed-George for the family Parenteau
Party Interest Intervener,
Authorized Agent For:
ED GEORGE PARENTEAU, (ens legis)

DENIED in its entirety.

David R. Homer
U.S. M. J.
7/20/10

---

Fiduciary Appointment in Admiralty                                                    Page 4

Case 1:10-cr-00320-TJM   Document 26   Filed 08/16/10   Page 14 of 16
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 5 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 5 of 6

| Form **56** | **Notice Concerning Fiduciary Relationship** | |
|---|---|---|
| (Rev. July 2004)<br>Department of the Treasury<br>Internal Revenue Service | (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

**Part I    Identification**

| Name of person for whom you are acting (as shown on the tax return)<br>**ED GEORGE PARENTEAU** | Identifying number<br>**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** | Decedent's social security no.<br>: : |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**GENERAL POST OFFICE**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**Symrna, New York**

Fiduciary's name
**David R. Homer et al, Judge US District Court of Northern New York**

Address of fiduciary (number, street, and room or suite no.)
**445 Broadway**

| City or town, state, and ZIP code<br>**Albany, New York** | Telephone number (optional)<br>(    ) |
|---|---|

**Part II    Authority**

1    Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary
b(1) ☐ Court order appointing fiduciary  . . . . . . . . . . . . (2) Date of death .................
c    ☐ Valid trust instrument and amendments                  (2) Date (see instructions) ...............
d    ☒ Other. Describe  ▶ **Appointment of Fiduciary**

**Part III    Nature of Liability and Tax Notices**

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ....................
3    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ....................
4    Year(s) or period(s) (if estate tax, date of death) ▶ ....................
5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
     described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
     of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or
     period(s) applicable ....................

**Part IV    Revocation or Termination of Notice**

**Section A—Total Revocation or Termination**

7    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
     Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . ▶ ☐
     Reason for termination of fiduciary relationship. Check applicable box:
a    ☐ Court order revoking fiduciary authority
b    ☐ Certificate of dissolution or termination of a business entity
c    ☐ Other. Describe ▶

**Section B—Partial Revocation**

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
     the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . . . ▶ ☐
b    Specify to whom granted, date, and address, including ZIP code.
     ▶ ....................

**Section C—Substitute Fiduciary**

9    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
     specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . ▶ ☐

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 7-2004)

Case 1:10-cr-00320-TJM   Document 26   Filed 08/16/10   Page 15 of 16
Case 1:10-cr-00320-TJM   Document 16   Filed 07/20/10   Page 6 of 6
Case 1:10-cr-00320-TJM   Document 11   Filed 07/06/10   Page 6 of 6

Form 56 (Rev. 7-2004)

Page **2**

**Part V**    **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | | Date | Time | a.m. | Place of other proceedings |
|---|---|---|---|---|---|
| | | | | p.m. | |

**Part VI**    **Signature**

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| Fiduciary's signature | Title, if applicable | Date |
|---|---|---|

Form **56** (Rev. 7-2004)



CLERK, U.S. DISTRICT COURT
JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY- ROOM 509
ALBANY, NEW YORK 12207-2936

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



RETURN TO SENDER

Mr. Ed George Parenteau
General Post Office
Smyrna NY 13464

HASLER
01TH15504005
$1.220
07/28/2010
Mailed From 12207

US POSTAGE