RECEIVED
AUG 30 2010
DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE
ALBANY, NEW YORK

10CR320

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK 445 Broadway Albany, New York

| UNITED STATES [sic]<br>Plaintiff<br><br>V.<br><br>ED PARENTEAU<br>Defendent [sic] | Case #: 1:10-cr-320(TJM)<br>Judicial notice of violations of rights and unlawful acts by Affidavit of facts to all judges and David R. Homer, and the court |
|---|---|

1. I Ed-George: (family-Parenteau) attest that judge David R. Homer made a judicial determination of not guilty "A final decision by a court" and "The court's determination of the issue" (Black's Law Dictionary) therefore entering a court order of not guilty upon the court record on July 21, 2010 with witnesses in the court room, and

2. I attest that the order by judge David R. Homer for the mental evaluation violates the fourth (4) Amendment due process of law, and the sixth (6) Amendment right to obtain witnesses in Ed-George: (family-Parenteau) favor by not giving notice and opportunity to defend when brought into court without any notice on July 22, 2010 thereby violating and abuse of discretion of a judicial act by the judge that has caused a injustice which is a unjustified, unsound, unreasonable and arbitrary action by judge David R. Homer's order against reason and no evidence after making a judicial order/ruling of not guilty on all charges on July 21, 2010 thereby causing a unlawful act, and

3. I attest that now that judge David R. Homer has violated due process of law all jurisdiction has ceased and this court must enter a written order of not guilty into the court record and release me from jail, and

Page 1 of 2

over ↓

4. I attest that the U.S.C. 18 section 4241, 4247 is in violation of the Sixth (6) Amendment right to obtain witnesses in my favor by not giving notice and opportunity to do so, and it gives alleged power to a judge to make a mental evaluation of a person without any training, certification, experence in the medical field and allows a unlawful act of practice of medicine without a license from a comfetent authority, and

5. I attest that by Judge David R. Homer using U.S.C. 18 section 4241, 4247 is a abuse of power that is improper use of some rule to obtain his own result to effect a damage to me resulting in a tort committed to hide the fact of his order of not guilty on all charges made on July 21, 2010 with witnesses and is still unlawfully holding me in jail against my will to date, and

6. This is lawful notice to all parties in this matter, and

Proof of service
served on
U.S. District court and
U.S. Attorneys and jail
August 23, 2010
.y post-office first
1uss service

August 24, 2010

Ed-George: (family-Parenteau)
Unlawful held against my will at
Metropolitan correctional center

10 CR 320

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK 445 Broadway Albany, New York

| UNITED STATES Plaintikk [sic] | Case # 1:10ct320(TJM) |
|---|---|
| V. | Lawful notice to all Judges |
| ED PARENTEAU Defendent [sic] | connected to this matter, and Jud David R. Homer and this court |

1. Judge David R. Homer perhaps you have been misslead by the U.S. Attorneys, F.B.I. false perspective of information statements and filings that has disrupted you from fully investigating by not taking the time to fully evaluate all information, statements, and filings made by the U.S. Attorneys, F.B.I. that caused you to not fully understand all the information, statements, and filings and the correct law from and constitutional rights you have violated, or perhaps you have been threated by a person or persons in your career field to do the unlawful act that has put your career on the line, and

2. It is my intent to correct the matter in a lawful, picekul and positive outcome for all people in this matter, and

3. It has become very clear by your (David R. Homer) unlawful actions. You have taken your own personal interest, and in the UNITED STATES, and U.S. Attorneys case in this matter by your unlawful acts after you made the judicial determination order of not guilty on all charges on July 21, 20 and you still have me against my will held in jail unlawful to ate, and

. The unlawful act in violation of the fourth (4) and sixth (6) mendent on August 11, 2010 by having me placed in the very ansers unsafe place called Metroplitten correctional center

page 1 of 2

thereby creating a health hazard to my health, safety, well-being by ordering me in such a dangers place to have what you call a mental evaluation by some unknow person for your own interest because I was enforcing my (God) given rights and the court order/ruling you made of not guilty on all charges on July 2h, 2010, and

5. In the interest of justice, publick trust and to pervent more damage from happening to me it is requird rightaway to order my release from jail and hold a private meeting with all parties to correct this matter, and

6. It is now up to you or this court to tak the correct action rightaway to correct this matter, and

This is Lawful notice to all parties in this matter.

August 18, 2010

Ed-George: (family-Parenteau)
unlawfully held against my will
at metropolitan correctional center