NOTICE OF CLAIM

TO;
Matthew Boxer
New Jersey State Comptroller
PO Box 024
Trenton, New Jersey 08625

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 27 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

FROM:
Ed-George Parenteau
rural route 1 abuts Sanitarium Road
Gray farms, New York republic

Notice is hereby given to the designated transfer agent that I, Ed-George make claim to the escrow, as it pertains to escrow account number 1-10-CR-0320 in the amount of $10,000.00 in the escrow account name ED GEORGE PARENTEAU. You are hereby given notice to transfer the funds to the injured party, and

Funds in escrow will be held for a period of thirty (30) days in the private judicial district of tens. Upon failure of claims by any injured party will result in funds being returned to the United States Treasury by the designated transfer agent minus the damages caused by the charging party against Ed-George family Parenteau, and

I further claim the original organic depository trust number incun.1454.b5, public and Z241.B58 1968, local government control number: 72365989, assurance under said original organic trust agreement in the name of yahushua, by electronic routing to claimed escrow account, ED GEORGE PARENTEAU escrow account number; 1-10-CV-0320, paid in advance and delivered by the United States Treasury, and

This notice signed by me on this 3rd day of August, 2010 and the 136st day in the year six thousand and thirteen.

This document was further witnessed by the autographs below who have also observed first hand that the original of this document was placed in an envelope and delivered to an agent of United Parcel Service for delivery to the New Jersey State Comptroller addressed above and on the above date.

_Thomas A. Moore Jr_
_____
Witness

_Ed-George: family Parenteau_
_R. W. Hughes, Jr._
_____
Witness

Cc:

| | |
|---|---|
| Ross G. Rios<br>DBA Treasurer<br>500 Pennsylvania Avenue, NW Room 2134<br>Washington, DC. 20200 | Universal Postal Union<br>P.O. Box 3000<br>Berne 15, Switzerland |
| John G. Walsh<br>Comptroller of the Currency<br>1 Independence Avenue S.W.<br>Washington, D.C. 20515 | New York State Comptroller<br>Thomas P. DiNapoli<br>110 State Street<br>Albany, New York 12236 |
| United States District Court of N. New York<br>445 Broadway Room 509<br>Albany, New York 12207 | New Jersey State Comptroller<br>Matthew Boxer<br>PO Box 024<br>Trenton, New Jersey 08625 |
| | |
| | |

*[Envelope image, rotated 90°]*

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
AUG 27 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

12207+2348

MID HUDSON NY 125
25 AUG 2010 PM 3 L

United States District Court of N. New York
445 Broadway Room 509
Albany, New York 12207

USA44