

**U.S. Department of Justice**

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6354, (646) 836-7732 (Fax)

August 29, 2010

Honorable David R. Homer
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley – U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2924

Re:   **PARENTEAU, ED GEORGE**
      **REGISTER NUMBER: 17901-052**
      **CRIMINAL NUMBER: 10-CR-320(TJM)**

Dear Judge Homer:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241 dated July 22, 2010 in the case of Mr. Ed George Parenteau.

Mr. Ed George Parenteau was designated at the Metropolitan Correctional Center, New York on August 11, 2010. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on September 10, 2010.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Suzanne R. Hastings
Warden

SH/WR/wr

GRANTED.

David R. Homer
U.S.M.J.
9/13/10