Ed-George: (family-Parenteau)
Unlawfully held against my will in jail
Metropolitan Correctional center
150 Park Row
New York, New York (10007)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 22 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

Case#: 1:10cr-320(TJM)

U.S. Attorneys,
Thomas A. Capezza
445 Broadway
Albany, New York (12207)

1. I, Ed-George: (family-Parenteau) make this written request for the "Government Prosecution" to disclose all excuipatory meterial of the grand jury testimony by all witnesses, complete transcript, excuipatory meterial, and produce all statements by all witnesses including signed, unsigned written statements, and stenographic, mechanical, electrical, or other recordings or transcript made by any witnesses and all evidence presented to the grand jury, and

2. Produce all evidence, interview statements of all persons interviewed in connection to the investigation of this matter including all notes, mechanical, electrical or other recordings, and any written statements made by any persons interviewed, or witnesses signed, unsigned, and

3. Therefore now that written request is made to the "Government Prosecution" is required by law, and is obligated to make disclosure of all information requested in sufficient time for the defendant to have a reasonable opportunity to act upon the information pursuent to the Brady/Giglio act See Brady v. Maryland, 373 US 83, and the Jencks act See United States v. Mechanik, 475 US 66, and United States v. Rodriguez, 496 F.3d 221 second cir, and

Proof and Evidence of Service

I, Ed-George: (family-Parenteau) declar that i have served by post-office one original and one copy upon the parties listed below, and

U. S. Attorneys, Thomas A. Capezza, and the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
all parties were served this written request of the "Government Prosecution", and

Date: 9/20/2010

*[signature]*
Ed-George: (family-Parenteau)