**ORIGINAL**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Ed George Parenteau<br>d/o/b 11/28/1957<br><br>*Defendant* | )<br>)   Case No. 1: 10-CR-320 (TJM)<br>)<br>)<br>) |

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 2 2 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ed George Parenteau                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Mail Fraud and Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. 2, 1341 & 1349

Date: 06/18/2010

_David R. Homer_
*Issuing officer's signature*

City and state:   Albany, New York

David R. Homer, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 06/22/2010
at *(city and state)*   Sherburne, NY            .

Date: _____

_signature_
*Arresting officer's signature*

CHRISTOPHER F. WEST, SPECIAL AGENT
*Printed name and title*