MOTION #3 - BINGHAMTON MOTION DAY - 10/22/10
HONORABLE THOMAS J. MCAVOY, DISTRICT JUDGE - PRESIDING
CLERK:       C. Ligas
STENO:       V. Theleman
LC    :      SE

10:00 AM     Court meets.

3.     UNITED STATES OF AMERICA

           VS.                                    1:10-CR-320

       ED GEORGE PARENTEAU

       1.    PRO SE DEFT OMNIBUS MOTION TO SUPPRESS AND VOID ARREST
             WARRANT [32] - **TAKEN ON SUBMIT.**

       APPEARANCES:    None

10:02 AM     Court stands adjourned.