**\* ENDORSED ORDER**

To Clerk U.S. District Court,

Please find the following documents inclosed. This filing is NOT a motion. It is a judicial notice to this court to immediately execute the judgment of not guilty on all charges already judicially determined. The law requires this court to sign the nunc pro tunc order attached and immediately release Ed-George: (family-parenteau) from jail.

1. In execution rie judicathe: execution of judgment already determined 3 pages.
2. nunc pro tunc order 1 page

FILED
OCT 29 2010
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

Proof and Evidence of service

I, Ed-George: declar that I served the documents above in #1 and 2 upon the persons listed below by post-office first class postage,.

U.S. District Court Clerk 445 Broadway Room 509 Albany, New York
and Richard D. Belliss, U.S. Attorney 445 Broadway Albany, New York

Request DENIED.
10-29-10

Date: 10/25/2010

Dated at Binghamton, NY

IT IS SO ORDERED
Thomas J. McAvoy
District Court Judge

Ed-George: (family-parenteau)

UNITED STATES DISTRICT COURT                Case# 1:10-cr-320(TJM)
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    In executione rie
V.    Pliantiff [sic]                       judicatne: execution of
ED GEORGE PARENTEAU                         judgment already determined
     Defendant [sic]

1. I, Ed-George: (family-Parenteau) hereinafter Ed-George: attest that the F.B.I. agents, other officers and the UNITED STATES Attorneys have only told half truths and have submitted their false persepctive of Affidavits, claims, information, statements and all filings and alleged indictment in an attempt to misslead and disrupt the UNITED STATES DISTRICT COURT however judge David R. Homer recognized that fact and evidence by making a judicial determination of not guilty on all charges which is the final decision, order by the court by making the judicial determination of the established facts and evidence, and

2. I, Ed-George: attest that the UNITED STATES DISTRICT COURT, judge David R. Homer on July 21, 2010 made a judicial determination final decision order by the court of not guilty on all charges as evidenced by the certifed copy of transcript of the court hearing on July 21, 2010 pages 10 at numbers 15 to 25, and page 11 at numbers 1 to 19, and page 12 at numbers 22 and 23, thereby making this matter now closed! making this matter now closed! making this matter now closed! and

3. I, Ed-George: attest that judgment final decision order by the court of not guilty on all charges was made by the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK, judge David R. Homer, and has failed to execute the judgment already judicially determined, and is still unlawfully against my will holding me in jail to date, See judicial determination ("A final decision by a court, and the court's determination of the issue", Black's Law Dictionary, and "Power of the court to decied and pronounce a judgment and carry it into effect between persons who bring a case before it for decision") defined by Mr. justice Miller, Bergman v. Kearney, 241 F. 884 Sixth cir. and
                    Established facts and evidence

4. I, Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that demonstrates by facts that the alleged indictment is not fatally defective because "it does not state a (jurisdiction, venue) location that the charge took place" i.e. "Beginning on or about date in the City/Town of name, and County of name, in the State of New York, and NORTHERN DISTRICT OF NEW YORK defendant name did commit..." that is required by law, See United States v. Miller, 471 US 130, that has already been judicially determined, and

5. I, Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that the alleged indictment is not fatally defective because "in it does not state any facts (something that actaully exists) showing that the alleged defendant devised any scheme or

artifice to defraud" that is required by law, See Etheredge v. United States, 186 Fed. 434 that has already been judicially determined, and

6. I, Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that demonstrates by facts in Law that the alleged indictment is not fatally defective because "it does not charge an intent on the part of the defendant to use postoffice establishment as a means to effect the scheme or artifice" that is required by law, See United States v. Britton, 108 US 199, and United States v. Cruikshank, 92 US 542 that has already been judicially determined and

7. I, Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that demonstrates by facts in Law that the alleged indictment is not fatally defective because "it does not expressly state that defendant knowingly used mail in relation to the offense that is an essential element of section (18 U.S.C. 1341, 1349) the indictment was fatally defective" that is required by law, See Fasule v. United States, 272 US 620, and United States v. Santeramo, 45 F. 3d 622 second cir that has already been judicially determined, and

8. I. Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence i Law that would establish by facts, evidence in Law that the alleged indictment is not fatally defective because "in criminal case a failure of the indictment to charge an offense may be treated as a jurisdictional defect, and an appellate court must notice such a flaw..." that is required by law, See United States v. Foley, 73 F.3d 484 second cir that has already been judicially determined, and

9. I, Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that would establish by facts, evidence in Law that the U.S. DISTRICT COURT had any jurisdiction in this alleged charge of 18 U.S.C. 1341 because "the law does not establish a general federal remedy against fraudulent conduct, with use of the mails as the jurisdictional hook, but reaches only those limited instances in which the use of the mails is a part of the execution of the fraud" because no facts, (something that actually exists) evidence has been presented to establish facts in Law that any "use of the mail was a part of a execution of any fraud" therefore it is an established fact the U.S. DISTRICT COURT dose not have any jurisdiction in this alleged case that is required by law, See Schmuck v. United States, 489 US 705, that has already been judicially determined, and

10. I, Ed-george: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that would establish by facts, evidence in Law that the U.S. DISTRICT COURT had any jurisdiction in this alleged case because

"18 U.S.C. 1341 This federal statute is not violated by a fraudulent scheme in which at some point, a mailing happen to occur...because the mailing must be in furtherance of the fraud" because no facts, (something that actually exists) evidence has been presented to establish facts in Law that any "fraud" existsed therefore it is an established fact in Law the U.S. DISTRICT COURT dose not have any jurisdiction in this alleged case that is required by law, See Kann v. United States, 323 US 88, that has already been judicially determined, and

11. I, Ed-George: attest that I have not seen nor been presented with any facts, (something actually exists) evidence in Law that would establish by facts, evidence in Law that the U.S. DISTRICT COURT had any jurisdiction in this alleged case because "the federal mail fraud statute does not purport to reach all frauds, but only those limited instances in which the use of the mails is part of the execution of the fraud" and " it is that act, and that alone, which confers jurisdiction upon the courts of the United States" because no facts, (something that actually exists) evidence has been presented to establish facts in Law that any "fraud, use of mail as part of execution of fraud" existed, therefore it is an established fact in Law the U.S. DISTRICT COURT dose not have any jurisdiction in this alleged case that is required by law, See Schmuck v. United States, 323 US 88, that has already been judicially determined, and

12. I, Ed-George: attest that I have not seen nor been presented with any facts, (something that actually exists) evidence in Law that would establish by facts, evidence in Law that the U.S. DISTRICT COURT had any jurisdiction in this alleged case because "the court held that those mailing were not in execution of the scheme as required by the statute" because no facts, (something that actaully exists) evidence has been presented to establish facts in Law that any "use of mail was in the execution of a scheme or artifice" existed, therefore it is an established fact in Law the U.S. DISTRICT COURT dose not have any jurisdiction in this alleged case that is required by law, See Kann v. United States, 323 US 88, that has already been judicially determined, and

13. Therefore the already established judicial determination final decision order by the U.S. DISTRICT COURT, judge David R. Homer made on the court record July 21, 2010 after determing all the established facts, evidence in Law herein by Law must execute the judgment by a nunc pro tunc written order of not guilty on all charges and release Ed-George: (family-Parenteau) from jail now thereby closing this matter, and

14. I, Ed-George: declar and verify under penalty of perjury under the Laws, for the united states of America without the "United States" that the following established facts are true and correct, and all matters pertaining to Law addressed herein are acurate and true to the bast of Ed-George's: current information, knowledge and belief so help me (God), pursuant to 28 U.S.C. 1746(1), and

Date 10/13/2010

*Ed-George: (family-Parenteau)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
    Plaintiff   [sic]

V.

ED GEORGE PARENTEAU
    Defendant   [sic]

Case # 1:10-cr-320 (TJM)

Nunc Pro Tunc Order by the court for the execution of the judgment already judicially determined

WRITTEN
FINAL DECISION and ORDER

IT IS HEREBY ORDERED, that the judicial determination, final decision order by the court of not guilty on all charges made on the court record, and transcript of court hearing held by judge David R. Homer on July 21, 2010 page 10 at numbers 15 through 25, and page 11 at numbers 1 through 19, and page 12 at numbers 22, and 23 filed in the court record, is hereby executed by this written final decision, order by this court of not guilty on all charges and it is ordered for the immediate release of Ed-George:(family-Parenteau) from jail by this nunc pro tunc order by this court for the reasons outlined in the three page execution of judgment already judicially determined in numbers 1 through 13, and

This matter is now closed! This matter is now closed! This matter is now closed!

SO ORDERED,

Date:  / /2010

_____
United States District
Court Judge

Page 1 of 1