**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**

       **-against-**                     **1:10-CR-320**

**ED GEORGE PARENTEAU,**

                 **Defendant.**

_____
**Thomas J. McAvoy, S.U.S.D.J.**

### DECISION and ORDER

This action was referred by this Court to the Honorable David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c) to determine whether Defendant is competent to stand trial.

Although Defendant did submit a document entitled "objection" to the Report-Recommendation dated October 7, 2010, he does not attack any specific portions of the Report-Recommendation or appear to otherwise challenge its conclusions. Regardless, having reviewed the matter de novo, the Court adopts the finding of the Report-Recommendation and concludes that Defendant is competent to stand trial.

**IT IS SO ORDERED.**

Dated:November 10, 2010

Thomas J. McAvoy
Senior, U.S. District Judge