UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

   v.            1:10-cr-320

ED GEORGE PARENTEAU,
also known as ("a/k/a") "ed-george" and
JEFFREY CHARLES BURFEINDT
a/k/a "jeffrey-charles,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Defendant Ed George Parenteau ("Defendant") was indicted on two counts of mail fraud in violation of 18 U.S.C. § 1341.  It is alleged that Defendant participated in a scheme to obtain monies through, *inter alia*, the filing of false liens.  Defendant now moves to dismiss the Indictment on the grounds that the Court lacks jurisdiction, that venue is improper, and that the Indictment is insufficient.

The Indictment alleges a violation of 18 U.S.C. § 1341.  The Indictment sets forth ample information addressing the elements of the crime.  It also sufficiently apprises Defendant of the charges against him and allows him to prepare a defense and assert his rights under the double jeopardy clause.  Moreover, the Indictment alleges acts that occurred in this District, making venue appropriate here.  Whether there are sufficient facts to establish a violation of the charged offenses (including whether there is sufficient evidence to

demonstrate that Defendant used the mails in furtherance of the scheme to defraud) is a matter for the jury.

    For the foregoing reasons, the motion to dismiss the Indictment is DENIED. IT IS SO ORDERED.

Dated: November 10, 2010

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge