UNITED STATES DISTRICT COURT
MEMORANDUM

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JAN 11 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

Date: January 11, 2011
To:   Counsel and defendant Parenteau, pro se
Re:   U.S. v. Parenteau and Burfeindt, 10-CR-00320
From: Judge Kornmann

It is now late in the day on Tuesday and we are scheduled for jury selection next Friday. The jury is being instructed to report at 11:00 a.m. The weather reports suggest dangerous driving conditions will occur.

I am told there is some discussion about one or more possible plea agreements. If a defendant hopes to receive points for acceptance of responsibility, you cannot wait until the last possible moment. I will take a very dim view of a last minute plea agreement under all the circumstances.

It is time to "fish or cut bait."

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 Fourth Avenue SE, Suite 408
Aberdeen, SD 57401
605-377-2600

cc: Clerk's file
    M. Barnett, law clerk